**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADCARE HOSPITAL - WORCESTER
107 Lincoln Street
Worcester, MA  01605

ADENA REGIONAL MEDICAL CENTER
272 Hospital Road
Chillicothe, OH  45601

ADVOCATE BROMENN REGIONAL
MEDICAL CENTER
1304 Franklin Avenue
Normal, IL  61761

ADVOCATE CHRIST MEDICAL CENTER
4440 West 95th Street
Oak Lawn, IL  60453

ADVOCATE CONDELL MEDICAL CENTER
801 South Milwaukee Avenue
Libertyville, IL  60048

ADVOCATE GOOD SAMARITAN
HOSPITAL
3815 Highland Avenue
Downers Grove, IL  60515

ADVOCATE GOOD SHEPHERD HOSPITAL
450 West Highway 22
Barrington, IL  60010

ADVOCATE ILLINOIS MASONIC MEDICAL
CENTER
836 West Wellington Avenue
Chicago, IL  60657

ADVOCATE LUTHERAN GENERAL
HOSPITAL
1775 Dempster Street
Park Ridge, IL  60068

ADVOCATE SHERMAN HOSPITAL
1425 North Randall Road
Elgin, IL  60123

Case No. _____

**COMPLAINT**

ADVOCATE SOUTH SUBURBAN
HOSPITAL
17800 South Kedzie Avenue
Hazel Crest, IL  60429

ADVOCATE TRINITY HOSPITAL
2320 East 93rd Street
Chicago, IL  60617

ALAMANCE REGIONAL MEDICAL
CENTER
1240 Huffman Mill Road
Burlington, NC  27215

ALLEGHENY GENERAL HOSPITAL
320 East North Avenue
Pittsburgh, PA,  15212

ALLEGHENY VALLEY HOSPITAL
1301 Carlisle Street
Natrona Heights, PA  15065

ALLIANCE COMMUNITY HOSPITAL
200 East State Street
Alliance, OH  44601

AMITA HEALTH ALEXIAN BROTHERS
MEDICAL CENTER ELK GROVE VILLAGE
800 Biesterfield Road
Elk Grove Village, IL  60007

AMITA HEALTH SAINT ALEXIUS
MEDICAL CENTER HOFFMAN ESTATES
1555 Barrington Road
Hoffman Estates, IL  60169

AMITA HEALTH SAINT FRANCIS
HOSPITAL EVANSTON
355 Ridge Avenue
Evanston, IL  60202

AMITA HEALTH SAINT JOSEPH HOSPITAL
ELGIN
77 North Airlite Street
Elgin, IL  60123

ANDERSON HOSPITAL
6800 State Route 162
Maryville, IL  62062

ANDERSON REGIONAL MEDICAL
CENTER NORTH
2124 14th Street
Meridian, MS  39301

ANMED HEALTH MEDICAL CENTER
800 North Fant Street
Anderson, SC  29621

ASANTE ASHLAND COMMUNITY
HOSPITAL
280 Maple Street
Ashland, OR  97520

ASANTE ROGUE REGIONAL MEDICAL
CENTER
2825 East Barnett Road
Medford, OR  97504

ASANTE THREE RIVERS MEDICAL
CENTER
500 Southwest Ramsey Avenue
Grants Pass, OR  97527

ASCENSION ALL SAINTS HOSPITAL
3801 Spring Street
Racine, WI  53405

ASCENSION BRIGHTON CENTER FOR
RECOVERY
12851 Grand River Road
Brighton, MI  48116

ASCENSION COLUMBIA SAINT MARY'S
HOSPITAL MILWAUKEE
2301 North Lake Drive
Milwaukee, WI  53211

ASCENSION COLUMBIA SAINT MARY'S
HOSPITAL OZAUKEE
13111 North Port Washington Road
Mequon, WI  53097

ASCENSION CRITTENTON HOSPITAL
1101 West University Drive
Rochester, MI  48307

ASCENSION GENESYS HOSPITAL
One Genesys Parkway
Grand Blanc, MI 48439

ASCENSION MACOMB-OAKLAND
HOSPITAL, WARREN CAMPUS
11800 East 12 Mile Road
Warren, MI  48093

ASCENSION NORTH EAST WISCONSIN -
MERCY CAMPUS
500 South Oakwood Road
Oshkosh, WI  54904

ASCENSION NORTHEAST WISCONSIN
SAINT ELIZABETH CAMPUS
1506 South Oneida Street
Appleton, WI  54915

ASCENSION PROVIDENCE HOSPITAL,
SOUTHFIELD CAMPUS
16001 West 9 Mile Road
Southfield, MI  48075

ASCENSION RIVER DISTRICT HOSPITAL
4100 River Road
East China Township, MI  48054

ASCENSION SAINT CLARE'S HOSPITAL
3400 Ministry Parkway
Weston, WI  54476

ASCENSION SAINT JOHN HOSPITAL
22101 Moross
Detroit, MI  48236

ASCENSION SAINT MICHAEL'S HOSPITAL
900 Illinois Avenue
Stevens Point, WI  54481

ASPIRUS RIVERVIEW HOSPITAL
410 Dewey Street
Wisconsin Rapids, WI  54494

ASPIRUS WAUSAU HOSPITAL
333 Pine Ridge Boulevard
Wausau, WI  54401

ATHENS-LIMESTONE HOSPITAL
700 West Market St.
Athens, AL  35611

ATMORE COMMUNITY HOSPITAL
401 Medical Park Drive
Atmore, AL  36502

ATRIUM MEDICAL CENTER
One Medical Center Drive
Middletown, OH  45005

AULTMAN HOSPITAL
2600 Sixth Street Southwest
Canton, OH  44710

AURORA BAYCARE MEDICAL CENTER
2845 Greenbrier Road
Green Bay, WI  54311

AURORA LAKELAND MEDICAL CENTER
W3985 County Road NN
Elkhorn, WI  53121

AURORA MEDICAL CENTER GRAFTON
975 Port Washington Road
Grafton, WI  53024

AURORA MEDICAL CENTER IN SUMMIT
36500 Aurora Drive
Summit, WI  53066

AURORA MEDICAL CENTER KENOSHA
10400 75th Street
Kenosha, WI  53142

AURORA MEDICAL CENTER
MANITOWOC COUNTY
5000 Memorial Drive
Two Rivers, WI  54241

AURORA MEDICAL CENTER OSHKOSH
855 North Westhaven Drive
Oshkosh, WI  54904

AURORA MEDICAL CENTER
WASHINGTON COUNTY
1032 East Sumner Street
Hartford, WI  53027

AURORA MEMORIAL HOSPITAL OF
BURLINGTON
252 McHenry Street
Burlington, WI  53105

AURORA SAINT LUKE'S MEDICAL
CENTER
2900 West Oklahoma Avenue
Milwaukee, WI  53215

AURORA SHEBOYGAN MEMORIAL
MEDICAL CENTER
2629 North Seventh Street
Sheboygan, WI  53083

AURORA WEST ALLIS MEMORIAL
HOSPITAL
8901 West Lincoln Avenue
West Allis, WI  53227

AVERA HEART HOSPITAL OF SOUTH
DAKOTA
4500 West 69th Street
Sioux Falls, SD  57108

AVERA MCKENNAN HOSPITAL &
UNIVERSITY HEALTH CENTER
1325 South Cliff Avenue
Sioux Falls, SD  57117

AVERA QUEEN OF PEACE HOSPITAL
525 North Foster
Mitchell, SD  57301

AVERA SAINT LUKE'S HOSPITAL
305 South State Street
Aberdeen, SD  57401

AVERA SAINT MARY'S HOSPITAL
801 East Sioux Avenue
Pierre, SD  57501

BACKUS HOSPITAL
326 Washington Street
Norwich, CT  06360

BAPTIST EASLEY HOSPITAL
200 Fleetwood Drive
Easley, SC  29640

BAPTIST HEALTH CORBIN
One Trillium Way
Corbin, KY  40701

BAPTIST HEALTH FLOYD
1850 State Street
New Albany, IN  47150

BAPTIST HEALTH LAGRANGE
1025 New Moody Lane
LaGrange, KY  40031

BAPTIST HEALTH LEXINGTON
1740 Nicholasville Road
Lexington, KY  40503

BAPTIST HEALTH LOUISVILLE
4000 Kresge Way
Louisville, KY  40207

BAPTIST HEALTH MADISONVILLE
900 Hospital Drive
Madisonville, KY  42431

BAPTIST HEALTH MEDICAL CENTER
CONWAY
1555 Exchange Avenue
Conway, AR  72032

BAPTIST HEALTH MEDICAL CENTER-HOT
SPRING COUNTY
1001 Schneider Drive
Malvern, AR  72104

BAPTIST HEALTH MEDICAL CENTER -
LITTLE ROCK
9601 Baptist Health Drive
Little Rock, AR  72205

BAPTIST HEALTH MEDICAL CENTER -
NORTH LITTLE ROCK
3333 Springhill Drive
North Little Rock, AR  72117

BAPTIST HEALTH MEDICAL CENTER -
STUTTGART
1703 North Buerkle Street
Stuttgart, AR  72160

BAPTIST HEALTH PADUCAH
2501 Kentucky Avenue
Paducah, KY  42003

BAPTIST HEALTH RICHMOND
801 Eastern Bypass
Richmond, KY  40475

BAXTER REGIONAL MEDICAL CENTER
624 Hospital Drive
Mountain Home, AR  72653

BAYHEALTH KENT GENERAL HOSPITAL
640 South State St., MC 3078
Dover, DE  19901

BAYHEALTH MILFORD MEMORIAL
HOSPITAL
21 West Clarke Avenue
Milford, DE  19963

BAYONNE MEDICAL CENTER
29th Street & Avenue East
Bayonne, NJ  07002

BEAUMONT HOSPITAL, DEARBORN
18101 Oakwood Boulevard
Dearborn, MI  48124

BEAUMONT HOSPITAL, FARMINGTON
HILLS
28050 Grand River Avenue
Farmington Hills, MI  48336

BEAUMONT HOSPITAL, GROSSE POINTE
468 Cadieux Road
Grosse Pointe, MI  48230

BEAUMONT HOSPITAL, ROYAL OAK
3601 West Thirteen Mile Road
Royal Oak, MI  48073

BEAUMONT HOSPITAL, TAYLOR
10000 Telegraph Road
Taylor, MI  48180

BEAUMONT HOSPITAL, TRENTON
5450 Fort Street
Trenton, MI  48183

BEAUMONT HOSPITAL, TROY
44201 Dequindre Road
Troy, MI  48085

BEAUMONT HOSPITAL, WAYNE
33155 Annapolis Street
Wayne, MI  48184

BEAVER DAM COMMUNITY HOSPITAL
707 South University Avenue
Beaver Dam, WI  53916

BEEBE HEALTHCARE
424 Savannah Road
Lewes, DE 19958

BELLIN HOSPITAL
744 South Webster Avenue
Green Bay, WI  54305

BELOIT MEMORIAL HOSPITAL
1969 West Hart Road
Beloit, WI  53511

BLANCHARD VALLEY HOSPITAL
1900 South Main Street
Findlay, OH  45840

BLOUNT MEMORIAL HOSPITAL
907 East Lamar Alexander Parkway
Maryville, TN  37804

BOCA RATON REGIONAL HOSPITAL
800 Meadows Road
Boca Raton, FL  33486

BON SECOURS COMMUNITY HOSPITAL
160 East Main Street
Port Jervis, NY  12771

BON SECOURS SAINT FRANCIS HOSPITAL
2095 Henry Tecklenburg Drive
Charleston, SC  29414

BORGESS MEDICAL CENTER
1521 Gull Road
Kalamazoo, MI  49048

BRISTOL REGIONAL MEDICAL CENTER
1 Medical Park Boulevard
Bristol, TN  37620

BRONXCARE HOSPITAL CENTER
1276 Fulton Avenue
Bronx, NY  10456

BRYAN HOSPITAL
433 West High Street
Bryan, OH  43506

BRYAN MEDICAL CENTER - EAST
CAMPUS
1600 South 48th Street
Lincoln, NE  68506

BRYAN W. WHITFIELD MEMORIAL
HOSPITAL
105 Highway 80 East
Demopolis, AL  36732

BUTLER MEMORIAL HOSPITAL
One Hospital Way
Butler, PA,  16001

CANONSBURG HOSPITAL
100 Medical Boulevard
Canonsburg, PA  15317

CAPE REGIONAL MEDICAL CENTER
Two Stone Harbor Boulevard
Cape May Court House, NJ  08210

CARNEY HOSPITAL
2100 Dorchester Avenue
Dorchester, MA  02124

CAROLINAS HEALTHCARE SYSTEM BLUE
RIDGE - MORGANTON
2201 S Sterling Street
Morganton, NC  28655

CAROLINAS HEALTHCARE SYSTEM
CLEVELAND
201 East Grover Street
Shelby, NC  28150

CAROLINAS HEALTHCARE SYSTEM
KINGS MOUNTAIN HOSPITAL
706 West King Street
Kings Mountain, NC  38086

CAROLINAS HEALTHCARE SYSTEM
NORTHEAST
920 Church Street North
Concord, NC  38025

CAROLINAS HEALTHCARE SYSTEM
STANLY
301 Yadkin Street
Albemarle, NC  28002

CAROLINAS MEDICAL CENTER
1000 Blythe Boulevard
Charlotte, NC  28203

CAROLINAS MEDICAL CENTER -
LINCOLN
433 McAlister Rd.
Lincolnton, NC  28092

CAROLINAS MEDICAL CENTER - MERCY
2001 Vail Avenue
Charlotte, NC  28207

CAROLINAS MEDICAL CENTER - UNION
600 Hospital Drive
Monroe, NC  28112

CAROLINAS MEDICAL CENTER -
UNIVERSITY
8800 North Tryon Street
Charlotte, NC  28262

CAROMONT REGIONAL MEDICAL
CENTER
2525 Court Drive
Gastonia, NC  28054

CEDAR PARK REGIONAL MEDICAL
CENTER
1401 Medical Parkway
Cedar Park, TX  78613

CENTRA BEDFORD MEMORIAL HOSPITAL
1613 Oakwood Street
Bedford, VA  24523

CENTRASTATE MEDICAL CENTER
901 West Main Street
Freehold, NJ  07728

CHARLOTTE HUNGERFORD HOSPITAL
540 Litchfield Street
Torrington, CT  06790

CHESAPEAKE REGIONAL MEDICAL
CENTER
736 Battlefield Boulevard North
Chesapeake, VA  23320

CHILTON MEDICAL CENTER
97 West Parkway
Pompton Plains, NJ  07444

CHRIST HOSPITAL
176 Palisade Avenue
Jersey City, NJ  07306

CHRIST HOSPITAL
2139 Auburn Avenue
Cincinnati, OH  45219

CLAY COUNTY HOSPITAL
83825 Highway 9
Ashland, AL  36251

CLIFTON SPRINGS HOSPITAL AND CLINIC
2 Coulter Road
Clifton Springs, NY  14432

COLUMBUS REGIONAL HEALTHCARE
SYSTEM
500 Jefferson Street
Whiteville, NC  28472

COLUMBUS REGIONAL HOSPITAL
2400 East 17th Street
Columbus, IN  47201

COMMUNITY HOSPITAL
805 Friendship Rd.
Tallassee, AL  36078

COMMUNITY HOSPITAL
901 MacArthur Boulevard
Munster, IN  46321

COMMUNITY HOSPITAL ANDERSON
1515 North Madison Avenue
Anderson, IN  46011

COMMUNITY HOSPITAL EAST
1500 North Ritter Avenue
Indianapolis, IN  46219

COMMUNITY HOSPITAL NORTH
7150 Clearvista Drive
Indianapolis, IN  46256

COMMUNITY HOSPITAL SOUTH
8180 Clearvista Parkway, Suite 200
Indianapolis, IN  46256

COMMUNITY HOWARD REGIONAL
HEALTH
3500 South Lafountain Street
Kokomo, IN  46902

CONWAY MEDICAL CENTER
300 Singleton Ridge Road
Conway, SC  29526

COOKEVILLE REGIONAL MEDICAL
CENTER
1 Medical Center Boulevard
Cookeville, TN  38501

COOPER UNIVERSITY HOSPITAL
One Cooper Plaza
Camden, NJ  08103

COX NORTH HOSPITAL
1423 North Jefferson Avenue
Springfield, MO  65802

D.W. MCMILLAN MEMORIAL HOSPITAL
1301 Belleville Ave.
Brewton, AL  36426

DAVIS HOSPITAL AND MEDICAL CENTER
1600 West Antelope Drive
Layton, UT  84041

DCH REGIONAL MEDICAL CENTER
809 University Boulevard East
Tuscaloosa, AL  35401

DEACONESS MIDTOWN HOSPITAL
600 Mary Street
Evansville, IN  47747

DECATUR MORGAN HOSPITAL
1201 Seventh Street Southeast
Decatur, AL  35601

DELTA REGIONAL MEDICAL CENTER
1400 East Union Street
Greenville, MS  38703

DESOTO MEMORIAL HOSPITAL
900 North Robert Avenue
Arcadia, FL  34266

DIVINE SAVIOR HEALTHCARE
2817 New Pinery Road
Portage, WI  53901

DYERSBURG HOSPITAL
400 Tickle Street
Dyersburg, TN  38024

EAST ALABAMA MEDICAL CENTER
2000 Pepperall Pkwy
Opelika, AL  36801

EASTON HOSPITAL
250 South 21st Street
Easton, PA  18042

EDWARD HOSPITAL
801 South Washington Street
Naperville, IL  60540

ELKHART GENERAL HOSPITAL
600 East Boulevard
Elkhart, IN  46514

ELMHURST HOSPITAL
155 East Brush Hill Road
Elmhurst, IL  60126

ENGLEWOOD HOSPITAL AND MEDICAL
CENTER
350 Engle Street
Englewood, NJ  07631

ESKENAZI HEALTH
1001 West Tenth Street
Indianapolis, IN  46202

EVANGELICAL COMMUNITY HOSPITAL
One Hospital Drive
Lewisburg, PA  17837

F.F. THOMPSON HOSPITAL
350 Parrish Street
Cananadaigua, NY  14424

FIRELANDS REGIONAL MEDICAL
CENTER - MAIN CAMPUS
1111 Hayes Avenue
Sandusky, OH  44870

FISHER-TITUS MEDICAL CENTER
272 Benedict Avenue
Norwalk, OH  44857

FIVE RIVERS MEDICAL CENTER
2801 Medical Center Drive
Pocahontas, AR  72455

FORBES HOSPITAL
2570 Haymaker Road
Monroeville, PA  15146

FORREST GENERAL HOSPITAL
6051 U.S. Highway 49
Hattiesburg, MS  39401

FORT HAMILTON HOSPITAL
630 Easton Avenue
Hamilton, OH,  45013

FORT MADISON COMMUNITY HOSPITAL
5445 Avenue O
Fort Madison, IA  52627

FRANCISCAN HEALTH CARMEL
12188-B North Meridian Street
Carmel, IN  46032

FRANCISCAN HEALTH
CRAWFORDSVILLE
1710 Lafayette Road
Crawfordsville, IN  47933

FRANCISCAN HEALTH CROWN POINT
1201 South Main Street
Crown Point, IN  46307

FRANCISCAN HEALTH DYER CAMPUS
24 Joliet Street
Dyer, IN  46311

FRANCISCAN HEALTH HAMMOND
5454 Hohman Ave.
Hammond, IN  46320

FRANCISCAN HEALTH INDIANAPOLIS
8111 South Emerson Avenue
Indianapolis, IN  46237

FRANCISCAN HEALTH LAFAYETTE EAST
1701 South Creasy Lane
Lafayette, IN  47905

FRANCISCAN HEALTH MICHIGAN CITY
301 West Homer Street
Michigan City, IN  46360

FRANCISCAN HEALTH MOORESVILLE
CAMPUS
1201 Hadley Road
Mooresville, IN  46158

FRANCISCAN HEALTH MUNSTER
701 Superior Avenue
Munster, IN  46321

FRANCISCAN HEALTH OLYMPIA FIELDS
CAMPUS
20201 South Crawford Avenue
Olympia Fields, IL  60461

FRANKLIN WOODS COMMUNITY
HOSPITAL
300 MedTech Parkway
Johnson City, TN  37604

FROEDTERT & MEDICAL COLLEGE OF
WISCONSIN
9200 West Wisconsin Avenue
Milwaukee, WI  53226

FROEDTERT AND MEDICAL COLLEGE OF
WISCONSIN COMMUNITY MEMORIAL
HOSPITAL
W180 N8085 Town Hall Road
Menomonee Falls, WI  53051

GENESIS MEDICAL CENTER EAST,
DAVENPORT
1227 East Rusholme Street
Davenport, IA  52803

GENESIS MEDICAL CENTER SILVIS
801 Illini Drive
Silvis, IL  61282

GLEN COVE HOSPITAL
101 Saint Andrews Lane
Glen Cover, NY  11542

GLENWOOD REGIONAL MEDICAL
CENTER
503 McMillan Road
West Monroe, LA  71291

GOOD SAMARITAN HOSPITAL
520 South Seventh Street
Vincennes, IN  47591

GOOD SAMARITAN HOSPITAL
2222 Philadelphia Drive
Dayton, OH  45406

GOOD SAMARITAN HOSPITAL
255 Lafayette Avenue
Suffern, NY  10901

GOOD SAMARITAN MEDICAL CENTER
200 Exempla Circle
Lafayette, CO  80026

GOOD SAMARITAN MEDICAL CENTER
235 North Pearl Street
Brockton, MA  02301

GOOD SAMARITAN REGIONAL MEDICAL
CENTER
3600 Northwest Samaritan Drive
Corvalls, OR  97330

GRADY MEMORIAL HOSPITAL
80 Jesse Hill Jr. Drive Southeast
Atlanta, GA  30303

GRANDVIEW MEDICAL CENTER
405 West Grand Avenue
Dayton, OH  45405

GREAT RIVER MEDICAL CENTER
1520 North Division Street
Blytheville, AR  72315

GREAT RIVER MEDICAL CENTER
1221 South Grear Avenue
West Burlington, IA  52655

GREENE MEMORIAL HOSPITAL
1141 North Monroe Drive
Xenia, OH  45385

GREENVILLE MEMORIAL HOSPITAL
701 Grove Road
Greenville, SC  29605

GREENWOOD LEFLORE HOSPITAL
1401 River Road
Greenwood, MS  38930

GREER MEMORIAL HOSPITAL
830 South Buncombe Road
Greer, SC  29650

GRIFFIN HOSPITAL
130 Davison St
Derby, CT  06418

GUADALUPE REGIONAL MEDICAL
CENTER
1215 Court Street
Sequin, TX  78155

GUNDERSEN LUTHERAN MEDICAL
CENTER
1900 South Avenue
La Crosse, WI  54601

GWINNETT MEDICAL CENTER -
LAWRENCEVILLE
1000 Medical Center Boulevard
Lawrenceville, GA  30046

HACKETTSTOWN MEDICAL CENTER
651 Willow Grove Street
Hackettstown, NJ  07840

HAMILTON MEDICAL CENTER
1200 Memorial Drive
Dalton, GA  30720

HANCOCK REGIONAL HOSPITAL
801 North State Street
Greenfield, IN  46140

HARDIN MEDICAL CENTER
935 Wayne Road
Savannah, TN  38372

HARDIN MEMORIAL HOSPITAL
913 North Dixie Avenue
Elizabethtown, KY  42701

HARRINGTON MEMORIAL HOSPITAL
100 South Street
Southbridge, MA  01550

HARTFORD HOSPITAL
80 Seymour Street
Hartford, CT  06102

HAWKINS COUNTY MEMORIAL
HOSPITAL
851 Locust Street
Rogersville, TN  37857

HEALTH CENTRAL HOSPITAL
10000 West Colonial Drive
Ocoee, FL  34761

HEALTHALLIANCE - BROADWAY
CAMPUS
396 Broadway
Kingston, NY  12401

HEALTHALLIANCE HOSPITAL MARY'S
AVENUE CAMPUS
105 Mary's Avenue
Kingston, NY  12401

HELEN KELLER HOSPITAL
1300 South Montgomery Ave.
Sheffield, AL  35660

HENDRICK MEDICAL CENTER
1900 Pine Street
Abilene, TX  79601

HENDRICKS REGIONAL HEALTH
DANVILLE
1000 E Main Street
Danville, IN  46122

HENRY COUNTY MEDICAL CENTER
301 Tyson Ave.
Paris, TN  38242

HENRY FORD ALLEGIANCE HEALTH
HOSPITAL
205 North East Avenue
Jackson, MI  49201

HENRY FORD HOSPITAL
2799 West Grand Boulevard
Detroit, MI  48202

HENRY FORD MACOMB HOSPITALS -
CLINTON TOWNSHIP
15855 19 Mile Road
Clinton Township, MI  48038

HENRY FORD WEST BLOOMFIELD
HOSPITAL
6777 West Maple Road
West Bloomfield, MI  48322

HENRY FORD WYANDOTTE HOSPITAL
2333 Biddle Avenue
Wyandotte, MI 48192

HIGHLAND HOSPITAL
1000 South Avenue
Rochester, NY 14620

HIGHLANDS MEDICAL CENTER
380 Woods Cove Rd.
Scottsboro, AL  35768

HILLCREST MEMORIAL HOSPITAL
729 Southeast Main Street
Simpsonville, SC  29681

HILLSDALE HOSPITAL
168 South Howell Street
Hillsdale, MI  49242

HOBOKEN UNIVERSITY MEDICAL
CENTER
308 Willow Avenue
Hoboken, NJ  07030

HOLLAND HOSPITAL
602 Michigan Avenue
Holland, MI  49423

HOLSTON VALLEY MEDICAL CENTER
130 West Ravine Road
Kingsport, TN  37660

HOLY CROSS HOSPITAL
2701 West 86th Street
Chicago, IL  60629

HOLY FAMILY HOSPITAL - METHUEN
70 East Street
Methuen, MA  01844

HOLZER GALLIPOLIS MEDICAL CENTER
100 Jackson Pike
Gallipolis, OH  45631

HOSPITAL OF THE UNIVERSITY OF
PENNSYLVANIA
3400 Spruce Street
Philadelphia, PA  19104

HUGH CHATHAM MEMORIAL HOSPITAL
180 Parkwood Drive
Elkin, NC  28621

HUNTINGTON HOSPITAL
270 Park Avenue
Huntington, NY  11743

HUNTSVILLE HOSPITAL
101 Sivley Road
Huntsville, AL  35801

INDIAN PATH MEDICAL CENTER
2000 Brookside Drive
Kingsport, TN  37660

INDIANA UNIVERSITY HEALTH ARNETT
5165 McCarty Lane
Lafayette, IN  47905

INDIANA UNIVERSITY HEALTH BALL
MEMORIAL HOSPITAL
2401 West University Avenue
Muncie, IN  47303

INDIANA UNIVERSITY HEALTH
METHODIST HOSPITAL
1701 North Senate Boulevard
Indianapolis, IN  46202

INDIANA UNIVERSITY HEALTH NORTH
HOSPITAL
11700 North Meridian Street
Carmel, IN  46032

INDIANA UNIVERSITY HEALTH WEST
HOSPITAL
1111 North Ronald Regan Parkway
Avon, IN  46123

INSPIRA MEDICAL CENTER ELMER
501 West Front Street
Elmer, NJ  08318

INSPIRA MEDICAL CENTER VINELAND
1505 West Sherman Avenue
Vineland, NJ  08360

INSPIRA MEDICAL CENTER WOODBURY
509 North Broad Street
Woodbury, NJ  08096

INTEGRIS BAPTIST MEDICAL CENTER
3300 Northwest Expressway
Oklahoma City, OK  73112

INTEGRIS BASS BAPTIST HEALTH
CENTER
600 South Monroe
Enid, OK  73701

INTEGRIS CANADIAN VALLEY
REGIONAL HOSPITAL
1201 Health Center Parkway
Yukon, OK  73099

INTEGRIS GROVE HOSPITAL
1001 East 18th Street
Grove, OK  74344

INTEGRIS HEALTH EDMOND
4801 Integris Parkway
Edmond, OK  73034

INTEGRIS MIAMI HOSPITAL
200 Second Avenue Southwest
Miami, OK  74354

INTEGRIS SOUTHWEST MEDICAL
CENTER
4401 South Western Avenue
Oklahoma City, OK  73109

IOWA LUTHERAN HOSPITAL
700 East University Avenue
Des Moines, IA  50316

IOWA METHODIST MEDICAL CENTER
1200 Pleasant Street
Des Moines, IA  50309

IU HEALTH BLOOMINGTON HOSPITAL
601 West Second Street
Bloomington, IN  47403

JACKSON-MADISON COUNTY GENERAL
HOSPITAL
620 Skyline Drive
Jackson, TN  38301

JANE PHILLIPS MEDICAL CENTER
3500 E. Frank Phillips Boulevard
Bartlesville, OK  74006

JEANES HOSPITAL
7600 Central Avenue
Philadelphia, PA  19111

JEFFERSON HOSPITAL
565 Coal Valley Road
Jefferson Hills, PA  15025

JENNINGS AMERICAN LEGION HOSPITAL
1634 Elton Road
Jennings, LA  70546

JERSEY COMMUNITY HOSPITAL
400 Maple Summit Road
Jerseyville, IL  62052

JOHN T. MATHER MEMORIAL HOSPITAL
75 North Country Road
Port Jefferson, NY  11777

JOHNSON CITY MEDICAL CENTER
400 North State of Franklin Road
Johnson City, TN  37604

JOHNSTON MEMORIAL HOSPITAL
16000 Johnston Memorial Drive
Abingdon, VA  24211

JOINT TOWNSHIP DISTRICT MEMORIAL
HOSPITAL
200 Saint Clair Street
Saint Marys, OH  45885

JONES MEMORIAL HOSPITAL
191 North Main Street
Wellsville, NY  14895

JORDAN VALLEY MEDICAL CENTER
3580 West 9000 South
West Jordan, UT  84088

KARMANOS CANCER INSTITUTE
4100 John R Street
Detroit, MI  48201

KETTERING MEDICAL CENTER
3535 Southern Boulevard
Kettering, OH  45429

KINGMAN REGIONAL MEDICAL CENTER
3269 Stockton Hill Road
Kingman, AZ  86409

LAKELAND HOSPITAL WATERVLIET
400 Medical Park Drive
Watervliet, MI  40908

LAKELAND MEDICAL CENTER ST.
JOSEPH
1234 Napier Avenue
Saint Joseph, MI  49085

LAKELAND REGIONAL MEDICAL
CENTER
1324 Lakeland Hills Boulevard
Lakeland, FL  33805

LANCASTER GENERAL HOSPITAL
555 North Duke Street
Lancaster, PA  17602

LAUGHLIN MEMORIAL HOSPITAL
1420 Tusculum Boulevard
Greeneville, TN  37745

LAWRENCE MEDICAL CENTER
202 Hospital St.
Moulton, AL  35650

LEHIGH VALLEY HOSPITAL - CEDAR
CREST
1200 S. Cedar Crest Boulevard
Allentown, PA  18103

LEHIGH VALLEY HOSPITAL-HAZLETON
700 East Broad Street
Hazleton, PA  18201

LEHIGH VALLEY HOSPITAL -
MUHLENBERG
2545 Schoenersville Road
Bethlehem, PA  18017

LEHIGH VALLEY HOSPITAL - POCONO
206 East Brown Street
East Stroudsburg, PA  18301

LEHIGH VALLEY HOSPITAL SCHUYLKILL
E. NORWEGIAN STREET
700 East Norwegian Street
Pottsville, PA  17901

LEHIGH VALLEY HOSPITAL-SCHUYLKILL
S. JACKSON STREET
420 South Jackson Street
Pottsville, PA  17901

LENOX HILL HOSPITAL
100 East 77th Street
New York, NY  10075

LITTLE COMPANY OF MARY HOSPITAL
2800 West 95th Street
Evergreen Park, IL  60805

LONESOME PINE HOSPITAL
1990 Holton Avenue
Big Stone Gap, VA  24219

LONG ISLAND JEWISH MEDICAL CENTER
270-05 76th Avenue
New Hyde Park, NY  11040

LOURDES HOSPITAL
169 Riverside Drive
Binghamton, NY  13905

LUTHERAN MEDICAL CENTER
8300 West 38th Avenue
Wheat Ridge, CO  80033

MADISON HEALTH
210 North Main Street
London, OH  43140

MAGEE-WOMENS HOSPITAL OF UPMC
300 Halket Street
Pittsburgh, PA  15213

MARIETTA MEMORIAL HOSPITAL
401 Matthew Street
Marietta, OH  45750

MARION GENERAL HOSPITAL
441 North Wabash Avenue
Marion, IN  46952

MARSHALL MEDICAL CENTER SOUTH
2505 US Highway 431
Boaz, AL  35957

MARY GREELEY MEDICAL CENTER
1111 Duff Avenue
Ames, IA  50010

MAYO CLINIC HEALTH SYSTEM -
FRANCISCAN HEALTHCARE IN LA
CROSSE
700 West Avenue South
La Crosse, WI  54601

MAYO CLINIC HEALTH SYSTEM IN EAU
CLAIRE
1221 Whipple Street
Eau Claire, WI  54703

MAYO CLINIC HEALTH SYSTEM IN
MANKATO
1025 Marsh Street
Mankato, MN  56002

MAYO CLINIC HEALTH SYSTEM IN RED
WING
701 Hewitt Boulevard
Red Wing, MN  55066

MAYO CLINIC HOSPITAL
5777 East Mayo Blvd.
Phoenix, AZ  85054

MAYO CLINIC HOSPITAL IN FLORIDA
4500 San Pablo Road
Jacksonville, FL  32224

MCBRIDE CLINIC ORTHOPEDIC
HOSPITAL
9600 North Broadway Extension
Oklahoma City, OK  73114

MCLAREN BAY REGION
1900 Columbus Avenue
Bay City, MI  48708

MCLAREN CENTRAL MICHIGAN
1221 South Drive
Mount Pleasant, MI  48858

MCLAREN FLINT
401 South Ballenger Highway
Flint, MI  48523

MCLAREN GREATER LANSING
401 West Greenlawn
Lansing, MI  48910

MCLAREN LAPEER REGION
1375 North Main Street
Lapeer, MI  48446

MCLAREN MACOMB
1000 Harrington Boulevard
Mount Clemens, MI  48043

MCLAREN OAKLAND
50 North Perry Street
Pontiac, MI  48342

MCLAREN PORT HURON HOSPITAL
1221 Pine Grove Avenue
Port Huron, MI  48060

MELBOURNE REGIONAL MEDICAL
CENTER
250 North Wickham Road
Melbourne, FL  32935

MEMORIAL HEALTHCARE
826 West King Street
Owosso, MI  48867

MEMORIAL HOSPITAL
615 North Michigan Street
South Bend, IN  46601

MEMORIAL HOSPITAL
1401 West Locust Street
Stilwell, OK  74960

MEMORIAL HOSPITAL
500 London Avenue
Marysville, OH  43040

MEMORIAL MEDICAL CENTER
701 North First Street
Springfield, IL  62781

MERCER COUNTY COMMUNITY
HOSPITAL
800 West Main Street
Coldwater, OH  45828

MERCY MEDICAL CENTER
701 Tenth Street Southeast
Cedar Rapids, IA  52403

MERCY REGIONAL MEDICAL CENTER
3700 Kolbe Road
Lorain, OH  44053

MERCY SAINT CHARLES HOSPITAL
2600 Navarre Avenue
Oregon, OH  43616

MERCY SAINT VINCENT MEDICAL
CENTER
2213 Cherry Street
Toledo, OH  43608

MERCY TIFFIN HOSPITAL
45 Saint Lawrence Drive
Tiffin, OH  44883

METHODIST HOSPITAL
8303 Dodge Street
Omaha, NE  68114

METHODIST HOSPITAL OF CHICAGO
5025 North Paulina
Chicago, IL  60640

METHODIST HOSPITALS - NORTHLAKE
CAMPUS
600 Grant Street
Gary, IN  46402

METHODIST JENNIE EDMUNDSON
933 East Pierce Street
Council Bluffs, IA  51503

METROHEALTH MEDICAL CENTER
2500 MetroHealth Drive
Cleveland, OH  44109

MHP MEDICAL CENTER
2451 Intelliplex Drive
Shelbyville, IN  46176

MIAMI VALLEY HOSPITAL
One Wyoming Street
Dayton, OH  45409

MIDMICHIGAN MEDICAL CENTER -
GRATIOT
300 East Warwick Drive
Alma, MI  48801

MIDSTATE MEDICAL CENTER
435 Lewis Avenue
Meriden, CT  06451

MIDWEST ORTHOPEDIC SPECIALITY
HOSPITAL
10101 South 27th Street, 2nd Flr.
Franklin, WI  53132

MILAN GENERAL HOSPITAL
4039 Highland Street
Milan, TN  38358

MILLCREEK COMMUNITY HOSPITAL
5515 Peach Street
Erie, PA  16509

MIZELL MEMORIAL HOSPITAL
702 North Main Street
Opp, AL  36467

MOBILE INFIRMARY MEDICAL CENTER
5 Mobile Infirmary Circle
Mobile, AL  36607

MONROE COUNTY MEDICAL CENTER
529 Capp Harland Road
Tompkinsville, KY  42167

MORRISTOWN MEDICAL CENTER
100 Madison Avenue
Morristown, NJ  07960

MORTON HOSPITAL
88 Washington Street
Taunton, MA  02780

MOUNT SINAI HOSPITAL
1500 South Fairfield Avenue
Chicago, IL  60608

MOUNTAIN VISTA MEDICAL CENTER
1301 South Crimson Road
Mesa, AZ  85209

MURRAY-CALLOWAY COUNTY
HOSPITAL
803 Poplar Street
Murray, KY  42071

NANTICOKE MEMORIAL HOSPITAL
801 Middleford Road
Seaford, DE  19973

NASHOBA VALLEY MEDICAL CENTER
200 Groton Road
Ayer, MA  01432

NEW BRIDGE MEDICAL CENTER
230 East Ridgewood Avenue
Paramus, NJ  07652

NEW ORLEANS EAST HOSPITAL
5620 Read Boulevard
New Orleans, LA  70127

NEWARK-WAYNE COMMUNITY
HOSPITAL
100 Kings Highway South
Rochester, NY  14617

NEWTON MEDICAL CENTER
600 Medical Center Drive
Newton, KS  67114

NEWTON MEDICAL CENTER
175 High Street
Newton, NJ  07860

NICHOLAS H. NOYES MEMORIAL
HOSPITAL
111 Clara Barton Street
Dansville, NY  14437

NORMAN REGIONAL HOSPITAL
901 North Porter Avenue
Norman, OK  73071

NORTH BALDWIN INFIRMARY
1815 Hand Avenue
Bay Minette, AL  36507

NORTH SHORE UNIVERSITY HOSPITAL
300 Community Drive
Manhasset, NY  11030

NORTHERN WESTCHESTER HOSPITAL
400 East Main Street
Mount Kisco, NY  10549

NORTHWEST COMMUNITY HOSPITAL
800 West Central Road
Arlington Heights, IL  60005

NORTHWESTERN LAKE FOREST
HOSPITAL
1000 North Westmoreland Road
Lake Forest, IL  60045

NORTHWESTERN MEDICINE CENTRAL
DUPAGE HOSPITAL
25 North Winfield Road
Winfield, IL  60190

NORTHWESTERN MEDICINE DELNOR
HOSPITAL
300 Randall Road
Geneva, IL  60134

NORTHWESTERN MEDICINE
KISHWAUKEE HOSPITAL
One Kish Hospital Drive
Dekalb, IL  60115

NORTHWESTERN MEMORIAL HOSPITAL
251 East Huron Street
Chicago, IL  60611

NORTON COMMUNITY HOSPITAL
100 15th Street Northwest
Norton, VA  24273

NORTON HOSPITAL
200 East Chestnut Street
Louisville, KY  40202

NORWOOD HOSPITAL
800 Washington Street
Norwood, MA  02062

OCH REGIONAL MEDICAL CENTER
400 Hospital Road
Starkville, MS  39759

ODESSA REGIONAL MEDICAL CENTER
520 East Sixth Street
Odessa, TX  79761

OHIO STATE UNIVERSITY WEXNER
MEDICAL CENTER
410 West Tenth Avenue
Columbus, OH  43210

OLEAN GENERAL HOSPITAL
515 Main Street
Olean, NY  14760

ORLANDO REGIONAL MEDICAL CENTER
52 West Underwood Street
Orlando, FL  32806

OSF HEART OF MARY MEDICAL CENTER
1400 West Park Street
Urbana, IL  61801

OSF SACRED HEART MEDICAL CENTER
812 North Logan Avenue
Danville, IL  61832

OSF SAINT ANTHONY MEDICAL CENTER
5666 East State Street
Rockford, IL  61108

OSF SAINT ELIZABETH MEDICAL CENTER
1100 East Norris Drive
Ottawa, IL  61350

OSF SAINT FRANCIS MEDICAL CENTER
530 Northeast Glen Oak Avenue
Peoria, IL  61637

OSF SAINT JOSEPH MEDICAL CENTER
2200 East Washington Street
Bloomington, IL  61701

OSF SAINT MARY MEDICAL CENTER
3333 North Seminary Street
Galesburg, IL  61401

OSF ST. ANTHONY'S HEALTH CENTER
1 Saint Anthony's Way
Alton, IL  62002

OVERLOOK MEDICAL CENTER
99 Beauvoir Avenue
Summit, NJ  07902

PALMETTO HEALTH BAPTIST HOSPITAL
Taylor at Marion Streets
Columbia, SC  29220

PALMETTO HEALTH BAPTIST
PARKRIDGE HOSPITAL
400 Palmetto Health Parkway
Columbia, SC  29212

PALMETTO HEALTH TUOMEY
129 North Washington Street
Sumter, SC 29150

PARKLAND HOSPITAL
5200 Harry Hines Boulevard
Dallas, TX 75235

PARKVIEW HUNTINGTON HOSPITAL
2001 Stults Road
Huntington, IN  46750

PARKVIEW NOBLE HOSPITAL
401 Sawyer Road
Kendallville, IN  46755

PARKVIEW ORTHOPEDIC HOSPITAL
11130 Parkview Plaza Drive
Fort Wayne, IN  46845

PARKVIEW REGIONAL MEDICAL CENTER
11109 Parkview Plaza Drive
Fort Wayne, IN  46845

PARKVIEW WHITLEY HOSPITAL
1260 East State Road 205
Columbia City, IN  46725

PARKWEST MEDICAL CENTER
9352 Park West Boulevard
Knoxville, TN  37923

PATEWOOD MEMORIAL HOSPITAL
175 Patewood Drive
Greenville, SC  29615

PEACEHEALTH SACRED HEART
MEDICAL CENTER AT RIVERBEND
3333 Riverbend Drive
Springfield, OR  97477

PEACEHEALTH SACRED HEART
MEDICAL CENTER UNIVERSITY DISTRICT
1255 Hilyard Street
Eugene, OR  97401

PEACEHEALTH SAINT JOHN MEDICAL
CENTER
1615 Delaware Street
Longview, WA  98632

PEACEHEALTH SOUTHWEST MEDICAL
CENTER
400 Northeast Mother Joseph Place
Vancouver, WA  98664

PECONIC BAY MEDICAL CENTER
1300 Roanoke Avenue
Riverhead, NY  11901

PENN PRESBYTERIAN MEDICAL CENTER
51 North 39th Street
Philadelphia, PA  19104

PENNSYLVANIA HOSPITAL
800 Spruce Street
Philadelphia, PA  19107

PETERSON REGIONAL MEDICAL CENTER
551 Hill Country Drive
Kerrville, TX  78028

PHELPS MEMORIAL HOSPITAL CENTER
701 North Broadway
Sleepy Hollow, NY  1059

PLAINVIEW HOSPITAL
888 Old Country Road
Plainview, NY  11803

PLATTE VALLEY MEDICAL CENTER
1600 Prairie Center Parkway
Brighton, CO  80601

POMERENE HOSPITAL
981 Wooster Road
Millersburg, OH  44654

PRESENCE RESURRECTION MEDICAL
CENTER
7435 West Talcott Avenue
Chicago, IL  60631

PRESENCE SAINT JOSEPH HOSPITAL
ELGIN
77 North Airlite Street
Elgin, IL  60123

PRESENCE SAINT JOSEPH MEDICAL
CENTER
333 North Madison Street
Joliet, IL  60435

PRESENCE SAINTS MARY AND
ELIZABETH MEDICAL CENTER-SAINT
MARY CAMPUS
2233 West Division Street
Chicago, IL  60622

PRESENCE ST. MARY'S HOPSITAL
500 West Court Street
Kankakee, IL  60901

PRINCETON MEDICAL CENTER
One Plainsboro Road
Plainsboro, NJ  08536

PRISMA HEALTH RICHLAND HOSPITAL
5 Richland Medical Park Drive
Columbia, SC  29203

PROHEALTH OCONOMOWOC MEMORIAL
HOSPITAL
791 Summit Avenue
Oconomowoc, WI  53066

PROHEALTH WAUKESHA MEMORIAL
HOSPITAL
725 American Avenue
Waukesha, WI  53188

PROVIDENCE HEALTH CENTER
6901 Medical Parkway
Waco, TX  76712

PROVIDENCE HOSPITAL
6801 Airport Boulevard
Mobile, AL  36685

PROVIDENCE HOSPITAL
1150 Varnum Street, Northeast
Washington, DC  20017

PUNXSUTAWNEY AREA HOSPITAL
81 Hillcrest Drive
Punxsutawney, PA  15767

RANDOLPH HOSPITAL
364 White Oak Street
Asheboro, NC  27204

RIVERSIDE DOCTORS HOSPITAL
WILLIAMSBURG
1500 Commonwealth Avenue
Williamsburg, VA  23185

RIVERSIDE REGIONAL MEDICAL CENTER
500 J. Clyde Morris Boulevard
Newport News, VA  23601

RIVERSIDE SHORE MEMORIAL HOSPITAL
20480 Market Street
Onancock, VA  23417

RIVERSIDE TAPPAHANNOCK HOSPITAL
618 Hospital Road
Tappahannock, VA  22560

RIVERSIDE WALTER REED HOSPITAL
7519 Hospital Drive
Gloucester, VA  2061

RIVERVIEW HEALTH
395 Westfield Road
Noblesville, IN  46060

RMC ANNISTON
400 East Tenth Street
Anniston, AL  36202

RMC STRINGFELLOW MEMORIAL
HOSPITAL
301 East 18th Street
Anniston, AL  36207

ROCHESTER GENERAL HOSPITAL
1425 Portland Avenue
Rochester, NY  14621

ROCKLEDGE REGIONAL MEDICAL
CENTER
110 Longwood Avenue
Rockledge, FL  32955

ROPER HOSPITAL
316 Calhoun Street
Charleston, SC  29401

ROPER ST. FRANCIS MOUNT PLEASANT
HOSPITAL
3500 Highway 17 North
Mount Pleasant, SC  29466

RUSH OAK PARK HOSPITAL
1700 W Van Buren
Chicago, IL  60612

RUSH UNIVERSITY MEDICAL CENTER
1653 West Congress Parkway
Chicago, IL  60612

RUSH-COPLEY MEDICAL CENTER
2000 Ogden Avenue
Aurora, IL  60504

RUSSELL COUNTY MEDICAL CENTER
58 Carroll Street
Lebanon, VA  24266

SACRED HEART HOSPITAL
5151 North Ninth Avenue
Pensacola, FL  32504

SACRED HEART HOSPITAL EMERALD
COAST
7800 U.S. Highway 98 West
Miramar Beach, FL  32550

SACRED HEART HOSPITAL ON THE GULF
3801 East Highway 98
Port Saint Joe, FL  32456

SAINT ANNE'S HOSPITAL
795 Middle Street
Fall River, MA  02721

SAINT ANTHONY COMMUNITY
HOSPITAL
15 Maple Avenue
Warwick, NY,  10990

SAINT CATHERINE HOSPITAL
4321 Fir Street
East Chicago, IN  46312

SAINT CLAIR HOSPITAL
1000 Bower Hill Road
Pittsburgh, PA  15243

SAINT DOMINIC HOSPITAL
969 Lakeland Drive
Jackson, MS  39216

SAINT ELIZABETH EDGEWOOD
1 Medical Village Drive
Edgewood, KY  41017

SAINT ELIZABETH FLORENCE
4900 Houston Road
Florence, KY  41042

SAINT ELIZABETH FORT THOMAS
85 North Grand Avenue
Fort Thomas, KY  41075

SAINT ELIZABETH'S MEDICAL CENTER
736 Cambridge Street
Brighton, MA  02135

SAINT FRANCIS HOSPITAL
333 Laidley Street
Charleston, WV  25301

SAINT FRANCIS MEDICAL CENTER
211 Saint Francis Drive
Cape Girardeau, MO  63703

SAINT JAMES HOSPITAL
411 Canisteo Street
Hornell, NY  14843

SAINT JOHN BROKEN ARROW
1000 Wet Boise Circle
Broken Arrow, OK  74012

SAINT JOHN MEDICAL CENTER
1923 South Utica Avenue
Tulsa, OK  74104

SAINT JOHN OWASSO HOSPITAL
12455 East 100th Street North
Owasso, OK  74055

SAINT JOSEPH HOSPITAL
1375 East 19th Avenue
Denver, CO  80218

SAINT JOSEPH HOSPITAL
360 Broadway
Bangor, ME  04402

SAINT JOSEPH HOSPITAL
200 Hemlock Road
Tawas City, MI  48764

SAINT JOSEPH HOSPITAL
172 Kinsley Street
Nashua, NH  03061

SAINT JOSEPH MEDICAL CENTER
1401 Saint Joseph Parkway
Houston, TX  77002

SAINT JOSEPH'S HOSPITAL, WEST BEND
3200 Pleasant Valley Road
West Bend, WI  53095

SAINT JOSEPHS UNIVERSITY MEDICAL
CENTER
703 Main Street
Paterson, NJ  07503

SAINT LUKE'S HOSPITAL
1026 A Avenue Northeast
Cedar Rapids, IA  52402

SAINT LUKE'S HOSPITAL
915 E First Street
Duluth, MN  55805

SAINT LUKE'S MEDICAL CENTER
1800 East Van Buren Street
Phoenix, AZ  85006

SAINT MARY MEDICAL CENTER
1500 South Lake Park Avenue
Hobart, IN  46342

SAINT MARY'S HOSPITAL AT
AMSTERDAM
427 Guy Park Avenue
Amsterdam, NY  12010

SAINT MARY'S OF MICHIGAN - SAGINAW
800 South Washington Avenue
Saginaw, MI  48601

SAINT MARY'S REGIONAL MEDICAL
CENTER
93 Campus Avenue
Lewiston, ME  04240

SAINT PETER'S UNIVERSITY HOSPITAL
254 Easton Avenue
New Brunswick, NJ  08901

SAINT TAMMANY PARISH HOSPITAL
1202 South Tyler Street
Covington, LA  70433

SAINT THOMAS DEKALB HOSPITAL
520 West Main Street
Smithville, TN  37166

SAINT THOMAS HIGHLANDS HOSPITAL
401 Sewell Drive
Sparta, TN  38583

SAINT THOMAS MIDTOWN HOSPITAL
2000 Church Street
Nashville, TN  37236

SAINT THOMAS RIVER PARK HOSPITAL
1559 Sparta Road
McMinnville, TN  37110

SAINT THOMAS RUTHERFORD HOSPITAL
1700 Medical Center Parkway
Murfreesboro, TN  37129

SAINT THOMAS STONES RIVER
HOSPITAL
324 Doolittle Road
Woodbury, TN  37190

SAINT THOMAS WEST HOSPITAL
4220 Harding Pike
Nashville, TN  37205

SAINT VINCENT ANDERSON
2015 Jackson Street
Anderson, IN,  46016

SAINT VINCENT CARMEL HOSPITAL
13500 North Meridian
Carmel, IN  46032

SAINT VINCENT EVANSVILLE
3700 Washington Avenue
Evansville, IN  47750

SAINT VINCENT FISHERS HOSPITAL
13861 Olio Road
Fishers, IN  46037

SAINT VINCENT HEALTH CENTER
232 West 25th Street
Erie, PA  16544

SAINT VINCENT HEALTHCARE
1233 North 30th Street
Billings, MT  59101

SAINT VINCENT HEART CENTER OF
INDIANA
10580 North Meridian Street
Indianapolis, IN  46290

SAINT VINCENT INDIANAPOLIS
HOSPITAL
2001 West 86th Street
Indianapolis, IN  46260

SAINT VINCENT KOKOMO
1907 West Sycamore Street
Kokomo, IN  46901

SAINT VINCENT'S MEDICAL CENTER
RIVERSIDE
1 Shircliff Way
Jacksonville, FL  32204

SAINT VINCENT'S MEDICAL CENTER
SOUTHSIDE
4201 Belfort Road
Jacksonville, FL  32216

SALEM REGIONAL MEDICAL CENTER
1995 East State Street
Salem, OH  44460

SALT LAKE REGIONAL MEDICAL CENTER
1050 East South Temple
Salt Lake City, UT  84102

SAMARITAN ALBANY GENERAL
HOSPITAL
1046 SW Sixth Avenue
Albany, OR  97321

SANFORD ABERDEEN MEDICAL CENTER
2905 3rd Avenue SE
Aberdeen, SD  57401

SANFORD BEMIDJI MEDICAL CENTER
1300 Anne Street Northwest
Bemidji, MN  56601

SANFORD BISMARCK MEDICAL CENTER
300 North Seventh Street
Bismarck, ND  58501

SANFORD MEDICAL CENTER FARGO
801 Broadway North
Fargo, ND  58122

SANFORD USD MEDICAL CENTER SIOUX
FALLS
1305 West 18th Street
Sioux Falls, SD  57117

SARASOTA MEMORIAL HOSPITAL
1700 South Tamiami Trail
Sarasota, FL  34239

SCHNECK MEDICAL CENTER
411 West Tipton Street
Seymour, IN  47274

SCOTLAND MEMORIAL HOSPITAL
500 Lauchwood Drive
Laurinburg, NC  28352

SEBASTIAN RIVER MEDICAL CENTER
13695 US Hwy. One
Sebastian, FL  32958

SETON MEDICAL CENTER AUSTIN
1201 West 38th Street
Austin, TX  78705

SETON MEDICAL CENTER HAYS
6001 Kyle Parkway
Kyle, TX  78640

SETON MEDICAL CENTER WILLIAMSON
201 Seton Parkway
Round Rock, TX  78665

SETON NORTHWEST HOSPITAL
11113 Research Boulevard
Austin, TX  78759

SETON SMITHVILLE REGIONAL
HOSPITAL
1201 Hill Road
Smithville, TX  78957

SETON SOUTHWEST HOSPITAL
7900 FM 1826
Austin, TX  78737

SHARON REGIONAL HEALTH SYSTEM
740 East State Street
Sharon, PA  16146

SHORE MEDICAL CENTER
100 Medical Center Way
Somers Point, NJ  08244

SMYTH COUNTY COMMUNITY HOSPITAL
245 Medical Park Drive
Marion, VA  24354

SOIN MEDICAL CENTER
3535 Pentagon Park Boulevard
Beavercreek, OH  45431

SOUTH COUNTY HEALTH
100 Kenyon Avenue
Wakefield, RI  02879

SOUTH LAKE HOSPITAL
1900 Don Wickham Drive
Clermont, FL  34711

SOUTH SHORE HOSPITAL
8012 South Crandon Avenue
Chicago, IL  60617

SOUTHSIDE HOSPITAL
301 East Main Street
Bay Shore, NY  11706

SOUTHWEST GENERAL HOSPITAL
7400 Barlite Boulevard
San Antonio, TX  78224

SPECTRUM HEALTH BIG RAPIDS
HOSPITAL
605 Oak Street
Big Rapids, MI  49307

SPECTRUM HEALTH BUTTERWORTH
HOSPITAL
100 Michigan Street NE, MC 406
Grand Rapids, MI  49503

SPECTRUM HEALTH PENNOCK HOSPITAL
1009 West Green Street
Hastings, MI  49058

SPECTRUM HEALTH UNITED HOSPITAL
615 South Bower Street
Greenville, MI  48838

SPECTRUM HEALTH ZEELAND
COMMUNITY HOSPITAL
8333 Felch Street
Zeeland, MI  49464

SPENCER HOSPITAL
1200 First Avenue East
Spencer, IA  51301

SPRINGFIELD REGIONAL MEDICAL
CENTER
100 Medical Center Drive (at North Street)
Springfield, OH  45504

ST VINCENT'S BIRMINGHAM
810 Saint Vincent's Drive
Birmingham, AL  35205

ST VINCENT'S CHILTON HOSPITAL
2030 Lay Dam Road
Clanton, AL  35045

ST VINCENT'S EAST
50 Medical Park East Drive
Birmingham, AL  35235

ST VINCENT'S MEDICAL CENTER
2800 Main Street
Bridgeport, CT  06606

ST VINCENT'S MEDICAL CENTER CLAY
COUNTY
1670 St. Vincent's Way
Middleburg, FL  32068

ST VINCENT'S SAINT CLAIR
7063 Veterans Parkway
Pell City, AL  35125

ST. BERNARDS MEDICAL CENTER
225 East Jackson
Jonesboro, AR  72401

ST. LUKE'S MEDICAL CENTER
1800 East Van Buren Street
Phoenix, AZ 85006

STATEN ISLAND UNIVERSITY HOSPITAL
475 Seaview Avenue
Staten Island, NY  10305

STRONG MEMORIAL HOSPITAL
601 Elmwood Avenue
Rochester, NY  14642

SUMMA AKRON CITY HOSPITAL
525 East Market Street
Akron, OH  44304

SYCAMORE MEDICAL CENTER
4000 Miamisburg-Centerville Road
Miamisburg, OH  45342

SYCAMORE SHOALS HOSPITAL
1501 West Elk Avenue
Elizabethton, TN  37643

TAKOMA REGIONAL HOSPITAL
401 Takoma Avenue
Greeneville, TN  37743

TALLAHASSEE MEMORIAL HEALTHCARE
1300 Miccosukee Road
Tallahassee, FL  32308

TANNER MEDICAL CENTER
CARROLLTON
705 Dixie Street
Carrollton, GA  30117

TANNER MEDICAL CENTER VILLA RICA
601 Dallas Highway
Villa Rica, GA  30180

TAYLOR REGIONAL HOSPITAL
1700 Old Lebanon Road
Campbellsville, KY  42718

TEMPLE UNIVERSITY HOSPITAL
3401 North Broad Street
Philadelphia, PA  19140

THE CHESTER COUNTY HOSPITAL
701 East Marshall Street
West Chester, PA  19380

THE HOSPITAL OF CENTRAL
CONNECTICUT AT NEW BRITAIN
GENERAL
100 Grand Street
New Britain, CT  06050

THE MEDICAL CENTER OF SOUTHEAST
TEXAS
2555 Jimmy Johnson Boulevard
Port Arthur, TX  77640

THE MOSES H. CONE MEMORIAL
HOSPITAL
1200 North Elm Street
Greensboro, NC  27401

THE UNIVERSITY HOSPITAL
150 Bergen Street, C-431
Newark, NJ  07103

THE UNIVERSITY OF TOLEDO MEDICAL
CENTER
3000 Arlington Avenue
Toledo, OH  43614

THE VALLEY HOSPITAL
223 North Van Dien Avenue
Ridgewood, NJ  07450

THOMAS HOSPITAL
750 Murphy Avenue
Fairhope, AL  36532

THOMAS MEMORIAL HOSPITAL
4605 MacCorkle Avenue Southwest
South Charleston, WV  25309

TIFT REGIONAL MEDICAL CENTER
901 E 18th Street
Tifton, GA  31794

TOURO INFIRMARY
1401 Foucher Street
New Orleans, LA  70115

TRACE REGIONAL HOSPITAL
1002 East Madison Street
Houston, MS  38851

TRINITAS REGIONAL MEDICAL CENTER
225 Williamson Street
Elizabeth, NJ  07202

TRUMBULL REGIONAL MEDICAL
CENTER
1350 East Market Street
Warren, OH,  44482

TUCSON MEDICAL CENTER
5301 East Grant Rd.
Tucson, AZ  85712

TWIN LAKES REGIONAL MEDICAL
CENTER
910 Wallace Avenue
Leitchfield, KY  42754

UF HEALTH SHANDS FLORIDA
1600 Southwest Archer Road
Gainesville, FL  32608

UNICOI COUNTY MEMORIAL HOSPITAL
100 Greenway Circle
Erwin, TN  37650

UNION HOSPITAL
1606 North Seventh Street
Terre Haute, IN  47804

UNIONTOWN HOSPITAL
500 West Berkeley Street
Uniontown, PA  15401

UNITED MEMORIAL MEDICAL CENTER
127 North Street
Batavia, NY  14020

UNITY HEALTH WHITE COUNTY
MEDICAL CENTER
3214 E Race Ave.
Searcy, AR  72143

UNITY HOSPITAL
1555 Long Pond Road
Rochester, NY  14626

UNITYPOINT HEALTH - ALLEN HOSPITAL
1825 Logan Avenue
Waterloo, IA  50703

UNITYPOINT HEALTH - FINLEY
350 North Grandview Avenue
Dubuque, IA  52001

UNITYPOINT HEALTH - MERITER
202 South Park Street
Madison, WI  53715

UNITYPOINT HEALTH - METHODIST
221 Northeast Glen Oak Avenue
Peoria, IL  61636

UNITYPOINT HEALTH-PEKIN
600 South 13th Street
Pekin, IL  61554

UNITYPOINT HEALTH - PROCTOR
5409 North Knoxville Avenue
Peoria, IL,  61614

UNITYPOINT HEALTH - ST. LUKE'S
2720 Stone Park Boulevard
Sioux City, IA  51104

UNITYPOINT HEALTH TRINITY -
BETTENDORF
4500 Utica Ridge Road
Bettendorf, IA  52722

UNITYPOINT HEALTH TRINITY - ROCK
ISLAND
2701 17th Street
Rock Island, IL  61201

UNIVERSITY MEDICAL CENTER AT
BRACKENRIDGE
601 East 15th Street
Austin, TX  78701

UNIVERSITY MEDICAL CENTER NEW
ORLEANS
2000 Canal Street
New Orleans, LA  70112

UNIVERSITY OF ILLINOIS MEDICAL
CENTER
1740 West Taylor Street
Chicago, IL  60612

UPMC ALTOONA
620 Howard Avenue
Altoona, PA  16601

UPMC BEDFORD
10455 Lincoln Highway
Everett, PA  15537

UPMC CHAUTAUQUA WCA
207 Foote Avenue
Jamestown, PA  14702

UPMC EAST
2775 Mosside Boulevard
Monroeville, PA  15146

UPMC - HAMOT
201 State Street
Erie, PA  16550

UPMC HORIZON - GREENVILLE
110 North Main Street
Greenville, PA  16125

UPMC JAMESON
1211 Wilmington Avenue
New Castle, PA  16105

UPMC MCKEESPORT
1500 Fifth Avenue
McKeesport, PA  15132

UPMC - MERCY
1400 Locust Street
Pittsburgh, PA  15219

UPMC NORTHWEST
100 Fairfield Drive
Seneca, PA  16346

UPMC PASSAVANT - MCCANDLESS
9100 Babcock Boulevard
Pittsburgh, PA  15237

UPMC PINNACLE CARLISLE
361 Alexander Spring Road
Carlisle, PA  17015

UPMC PINNACLE HANOVER
300 Highland Avenue
Hanover, PA  17331

UPMC PINNACLE HARRISBURG
111 South Front Street
Harrisburg, PA  17101

UPMC PINNACLE LANCASTER
250 College Avenue
Lancaster, PA  17603

UPMC PINNACLE LITITZ
1500 Highlands Drive
Lititz, PA  17543

UPMC PINNACLE MEMORIAL
325 South Belmont Street
York, PA  17405

UPMC PRESBYTERIAN
200 Lothro Street
Pittsburgh, PA  15213

UPMC SAINT MARGARET
815 Freeport Road
Pittsburgh, PA  15215

UPMC SUSQUEHANNA LOCK HAVEN
24 Cree Drive
Lock Haven, PA  17745

UPMC SUSQUEHANNA SUNBURY
350 North Eleventh Street
Sunbury, PA  17801

UPMC SUSQUEHANNA WILLIAMSPORT
700 High Street
Williamsport, PA  17701

UPPER VALLEY MEDICAL CENTER
3130 North County Road 25-A
Troy, OH  45373

UPSON REGIONAL MEDICAL CENTER
801 West Gordon Street
Thomaston, GA  30286

VCU MEDICAL CENTER
1250 East Marshall Street
Richmond, VA  23219

VIA CHRISTI HOSPITAL IN MANHATTAN
1823 College Avenue
Manhattan, KS  66502

VIA CHRISTI HOSPITAL SAINT FRANCIS
929 North Saint Francis
Wichita, KS  67214

VIA CHRISTI SAINT TERESA
14800 West Saint Teresa
Wichita, KS  67235

VIDANT BEAUFORT HOSPITAL
628 East 12th Street
Washington, NC  27889

VIDANT DUPLIN HOSPITAL
401 North Main Street
Kenansville, NC  28349

VIDANT EDGECOMBE HOSPITAL
111 Hospital Drive
Tarboro, NC  27886

VIDANT MEDICAL CENTER
2100 Stantonsburg Road
Greenville, NC  27835

VIDANT ROANOKE-CHOWAN HOSPITAL
500 South Academy Street
Ahoskie, NC  27910

VIRGINIA HOSPITAL CENTER
1701 N George Mason Drive
Arlington, VA  22205

VOLUNTEER HOSPITAL
161 Mount Pelia Road
Martin, TN  38237

WADLEY REGIONAL MEDICAL CENTER
1000 Pine Street
Texarkana, TX  75501

WADLEY REGIONAL MEDICAL CENTER
AT HOPE
2001 South Main Street
Hope, AR  71801

WAGONER COMMUNITY HOSPITAL
1200 West Cherokee
Wagoner, OK  74467

WAKEMED CARY HOSPITAL
1900 Kildaire Farm Road
Cary, NC  27518

WAKEMED RALEIGH CAMPUS
3000 New Bern Avenue
Raleigh, NC  27610

WARREN MEMORIAL HOSPITAL
1000 North Shenandoah Avenue
Front Royal, VA  22630

WASHINGTON REGIONAL MEDICAL
CENTER
3215 North Hills Boulevard
Fayetteville, AR  72703

WAYNE HOSPITAL
835 Sweitzer Street
Greenville, OH  45331

WEIRTON MEDICAL CENTER
601 Colliers Way
Weirton, WV  26062

WEST JEFFERSON MEDICAL CENTER
1101 Medical Center Blvd
Marrero, LA  70072

WEST PENN HOSPITAL
4800 Friendship Avenue
Pittsburgh, PA  15524

WESTCHESTER MEDICAL CENTER
100 Woods Road
Valhalla, NY  10595

WHEATON FRANCISCAN - ST. JOSEPH
CAMPUS
5000 West Chambers Street
Milwaukee, WI  53210

WHEATON FRANCISCAN HEALTHCARE -
FRANKLIN
10101 South 27th Street
Franklin, WI  53132

WHEATON FRANCISCAN HEALTHCARE -
SAINT FRANCIS
3237 South 16th Street
Milwaukee, WI  53215

WINDHAM HOSPITAL
112 Mansfield Avenue
Willimantic, CT  06226

      Plaintiffs,

      vs.

ALEX M. AZAR II, Secretary
U.S. Department of Health & Human Services
200 Independence Ave., S.W., Room 700-E
Washington, D.C.  20201

      Defendant.


## **COMPLAINT**

The above-captioned 622 Plaintiff hospitals ("Providers" or "Plaintiffs"), by and through

their undersigned attorneys, bring this action against Defendant, Alex M. Azar II, in his official

capacity as Secretary ("Secretary") of the Department of Health and Human Services ("HHS"),

and state as follows:

# INTRODUCTION

1.      This action arises under Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 *et seq*. (the "Medicare Act"), the Administrative Procedure Act, 5 U.S.C. §§ 551 *et seq*. ("APA"), and other statutes enacted and amended by Congress.

2.      Plaintiffs, Medicare-participating hospitals, challenge the Secretary's decision to continue into Federal Fiscal Years ("FFYs") 2018 and 2019 an unauthorized 0.7% reduction in hospital reimbursement, in direct contravention of a congressional directive to recoup no more than $11 billion in overpayments by use of such reductions and to complete that recoupment by FFY 2017.

3.      There are three Congressional Acts at play, each concerning the application of fractions of percentages to the standardized reimbursement rate for the Plaintiffs. CMS has conflated these Acts to justify its unlawful conduct, which resulted in massive savings for CMS and significant financial detriment to the Plaintiffs.

4.      The Secretary's failure to reverse the 0.7% reduction by FFY 2018, and his continuation of that reduction into FFY 2019 as well, is in excess of his statutory authority and otherwise not in accordance with law.  This reduction of Medicare inpatient hospital payments amounts to roughly $840 million per year, or about $200,000 per year on average for each Medicare-participating hospital, effective with the start of FFY 2018.  The Plaintiffs' loss is approximately $124.4 million per year.

5.      The 0.7% rate reduction that the Secretary has unlawfully continued into FFYs 2018 and 2019 arose from a series of temporary, limited adjustments authorized by Congress for the narrow purpose of recovering $11 billion during FFYs 2014–2017 to recoup alleged industry-wide overpayments made in prior years. These overpayments resulted from a 2008 administrative

change in the Inpatient Prospective Payment System ("IPPS"), the methodology used since 1983 to pay most inpatient hospitals, including Plaintiffs.  When the HHS agency administering the Medicare program, the Centers for Medicare and Medicaid Services ("CMS"), changed its coding classification system for IPPS payments starting in FFY 2008, the agency expressed concern that the change would increase aggregate payments to hospitals. To address this anticipated increase, Congress authorized CMS to calculate and recoup the resulting overpayment through temporary rate adjustments confined to specific years. First, in 2007, Congress authorized recoupment adjustments in FFYs 2010, 2011, and 2012 for any overpayments made in FFYs 2008 and 2009. TMA, Abstinence Education, and QI Programs Extension Act of 2007, Pub. L. No. 110-90, § 7(b)(1)(B), 121 Stat. 984, 986 – 87 (2007) ("TMA").  In 2013, Congress authorized the additional recoupment adjustments at issue for FFYs 2014 through 2017 to recover the approximately $11 billion in overpayments made in FFYs 2010 through 2012. *Id.* at § 7(b), *amended by* American Taxpayer Relief Act of 2012, Pub. L. No. 112-240, § 631(b), 126 Stat. 2313 (2013) ("ATRA").

6.     Congress explicitly prohibited CMS from continuing any of the recoupment adjustments beyond FFY 2017, stating: Recoupment adjustments "*shall not be included* in the determination of standardized amounts for discharges occurring in a subsequent year." *Id.* § 7(b)(2) (emphasis added). In order for the ATRA recoupment adjustments to be reversed, CMS needed to adopt an offsetting <u>increase</u> in the IPPS payment rate, effective with the start of FFY 2018 on October 1, 2017. However, that did not occur as of October 1, 2017, due to congressional action delaying much of the restoration (and using the savings to fund another Medicare initiative) and, more importantly for purposes of this action, due to CMS' unlawful refusal to reverse the remaining negative 0.7% recoupment adjustment at issue here.

7.    CMS originally planned to implement the ATRA recoupment reductions through four annually progressive and cumulative 0.8% reductions to the per discharge payment rate for inpatient hospital services, which would have resulted in a cumulative final negative adjustment of 3.2% by the end of FFY 2017, which would then be offset by a corresponding positive adjustment of 3.2% in FFY 2018.  The FFY 2018 3.2% positive adjustment would have complied with the explicit prohibition against including the section 7(b)(1)(B) adjustments in years after FFY 2017. For FFY 2017, however, CMS proposed and finalized a larger ATRA recoupment adjustment of 1.5% (instead of 0.8%), giving rise to a cumulative total final negative adjustment of 3.9%.

8.    In 2015, Congress amended TMA section 7(b)(1)(B) to stage partial restoration of the 3.2% ATRA recoupment adjustments over a span of six years. *See* TMA § 7(b), *amended by* ATRA § 631(b), and Medicare Access and CHIP Reauthorization Act of 2015, Pub. L. No. 114-10, § 414, 129 Stat. 87, 162 – 63 ("MACRA"). Congress instructed CMS to make a series of 0.5% positive adjustments in FFYs 2018 through 2023 instead of implementing the one-time positive adjustment "estimated to be an increase of 3.2 percent" previously slated for FFY 2018. Congress used the savings from the gradual restoration of the "3.2%" ATRA reduction to fund the reform of Medicare payment for physician services via MACRA. The Congressional Budget Office estimated that the funding generated from the delayed implementation of the 3.2% rate increase was $15.1 billion (*see* CBO Letter to J. Boehner Re: Cost Estimate and Supplemental Analysis for [MACRA] at 7 (Mar. 25, 2015)). In sum, the graduated rate *reductions* in FFYs 2014–2017 authorized by ATRA served the purpose of recovering Medicare IPPS overpayments under Medicare Part A (as discussed further below), while the corresponding graduated rate *increases* in FFYs 2018–2023 directed by MACRA served the purpose of funding reform of Medicare payment

for physician services under Medicare Part B.  Put simply, Congress enacted two separate statutory schemes to address separate funding needs for Medicare Part A and Medicare Part B.

9.     MACRA was enacted before CMS proposed or finalized the FFY 2017 ATRA adjustment, which increased the cumulative total ATRA recoupment adjustments from 3.2% to 3.9%. However, Congress, through MACRA, only authorized CMS to delay restoration of 3.2% of the recoupment adjustment. Congress did not contemplate the significantly higher negative recoupment adjustment in FFY 2017, nor did Congress permit CMS to delay restoration of the additional 0.7% recoupment adjustment.  The fact that CMS later adopted the additional 0.7% recoupment adjustment does not undermine the clear action and intent of Congress to only authorize delay of the estimated 3.2% restoration. Significantly, Congress did not amend or alter the existing statutory prohibition against continuing ATRA recoupment adjustments into subsequent years. TMA § 7(b)(2). Simply put, there is no support for the proposition that Congress intended or authorized a permanent 0.7% cut in Medicare IPPS payments (a 20% deeper IPPS payment cut—and physician services funding increase—than Congress addressed in MACRA). And it makes no sense that Congress would, *sub silentio*, endorse a 0.7% cut after explicitly requiring full restoration of all previous cuts.

10.     Finally, in 2016, Congress further amended section 7(b) of the TMA to further delay the restoration of a small fraction of the ATRA adjustment—0.0412%. TMA § 7(b), *amended by* 21st Century Cures Act, Pub. L. No. 114-255, § 15005, 130 Stat. 1033 (2016) ("21st Century Cures"). Thus, the directive to CMS was to implement a 0.4588% positive adjustment to the IPPS rate in FFY 2018, while preserving the previous directive to implement 0.5% positive adjustments for FFYs 2019 to 2023. Notably, Congress did not amend the statute at that time to reflect CMS' final ATRA adjustment of 3.9% instead of the estimated 3.2%. By keeping the 3.2% reference,

Congress maintained the baseline adjustment upon which its incremental restoration of the ATRA adjustments—and MACRA funding—was based.  Congress also did not amend the TMA's express statutory prohibition on carrying over recoupment adjustments into subsequent years. TMA § 7(b)(2) ("An adjustment made under paragraph (1)(B) for discharges occurring in a year shall not be included in the determination of standardized amounts for discharges occurring in a subsequent year.").

11.    CMS asserted in its FFY 2018 IPPS Final Rule that the MACRA and 21st Century Cures amendments to the TMA direct it to provide *only* a 0.4588% rate increase and thus <u>prohibited</u> the agency from additionally restoring the final 0.7% ATRA recoupment adjustment. Hospital IPPS and Fiscal Year 2018 Rates, 82 Fed. Reg. 37,990, 38,009 (Aug. 14, 2017) ("FFY 2018 IPPS Final Rule") (noting CMS' belief that "the directive regarding the applicable adjustment for FY 2018 is clear" and its refusal to include a 0.7% positive adjustment for FFY 2018).  Thus, CMS *sua sponte* continued a multi-year (and apparently permanent) 0.7% recoupment adjustment in FFY 2018, in derogation of Congress' explicit direction that recoupment adjustments not continue into subsequent years after FFY 2017.   CMS has continued the 0.7% recoupment adjustment into FFY 2019, Hospital IPPS and Fiscal Year 2019 Rates, 83 Fed. Reg. 41,144, 41,148 (Aug. 17, 2018) ("FFY 2019 IPPS Final Rule"), and issued a final rule that will continue it into FFY 2020 as well, Hospital IPPS and Fiscal Year 2020 Rates, 84 Fed. Reg. 42,044, 42,047 (August 16, 2019) ("FFY 2020 IPPS Final Rule").

12.    The Plaintiffs are aware that Congress has limited the scope of judicial review of "determinations and adjustments" under section 7 of the TMA. TMA § 7(b)(5) ("There shall be no administrative or judicial review under section 1878 of the Social Security Act (42 U.S.C. 1395*oo*) or otherwise of any determination or adjustments made under this subsection.").  The Providers,

however, are not challenging the Secretary's "determination or adjustments" made under section 7 of the TMA. Rather, the Providers here challenge the Secretary's *ultra vires* failure to reverse a 0.7% payment reduction, as required by Congress. The Providers are also challenging the Secretary's arbitrary and capricious failure to address comments urging him to use his exceptions and adjustments authority to offset the 0.7% reduction.

13.     The Providers thus ask the Court to order the Secretary to restore their statutorily authorized funding by making a positive 0.7% adjustment to their reimbursement rate for FFYs 2018 and 2019 that would then carry forward to subsequent FFYs.

## THE MEDICARE APPEALS PROCESS

14.     A hospital is entitled to a Provider Reimbursement Review Board ("PRRB") hearing if the hospital "is dissatisfied with a final determination of the Secretary as to the amount of the payment under subsections (b) or (d) of [42 U.S.C. § 1395ww]," the "amount in controversy is $10,000 or more," and "such provider files a request for a hearing within 180 days after notice . . . of the Secretary's final determination." 42 U.S.C. § 1395*oo*(a)(1)(A)(ii), (2), (3).

15.     If a hospital's jurisdictionally proper appeal involves a question of law that the PRRB is without authority to decide, the PRRB may, through its own motion or upon the request of the hospital, grant expedited judicial review ("EJR") of the appeal in accordance with 42 U.S.C. § 1395*oo*(f)(1). If EJR is granted, a hospital may seek judicial review of the final determination without a PRRB hearing. *Id.*

16.     Under 42 C.F.R. § 405.1867, the PRRB is required to comply with all policies issued by the Secretary under the Social Security Act. *See Sarasota Mem'l Hosp. v. Shalala*, 60 F.3d 1507, 1509–10 (11th Cir. 1995) (noting the PRRB's recognition that EJR was granted because the Board is bound by Medicare regulations as well as IPPS rate adjustment factors).

17.     Judicial relief is available under the equitable remedy of mandamus where a hospital has a clear right to the relief sought and the Secretary has a defined and non-discretionary duty to honor that right. *See Monmouth Med. Ctr. v. Thompson*, 257 F.3d 807 (D.C. Cir. 2001).

## THE ADMINISTRATIVE PROCEDURE ACT

18.     Under 42 U.S.C. § 1395*oo*(f)(1), an action brought for judicial review after the PRRB orders EJR "shall be tried pursuant to the applicable provisions under chapter 7 of title 5" of the U.S. Code, which contains the APA. Under the APA, a "reviewing court shall . . . hold unlawful and set aside agency action, findings, and conclusions found to be . . . in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(C).

19.     The APA further provides that a "reviewing court shall . . . hold unlawful and set aside agency action, findings, and conclusions found to be . . . without observance of procedure required by law." 5 U.S.C. § 706(2)(D).  The APA mandates that the agency provide notice of proposed rulemaking, afford interested parties an opportunity to comment on the proposed rulemaking, and consider the relevant matters presented.  *See* 5 U.S.C. § 553.

## PROCEDURAL BACKGROUND

20.     Medicare-participating hospitals across the nation appealed the Secretary's refusal to implement a 0.7% positive adjustment in the FFY 2018 IPPS Final Rule. *See AdCare Hospital – Worcester, et al v. Azar*, Case No. 1:18-cv-02113-CKK (D.D.C.); *Fresno Comm'y Hosp. & Med. Ctr., et al v. Azar*, Case No. 18-cv-00867-CKK (D.D.C.), *on appeal* Case No. 19-5254 (D.C. Cir.) ("*Fresno*").

21.     In *Fresno*, the District Court granted in part and denied in part the Secretary's motion to dismiss, finding that the TMA's preclusion statute barred judicial review of the Secretary's failure to restore the -0.7% ATRA reduction in FFY 2018, but it did not bar judicial

review of the Secretary's failure to explain his reasoning for not offsetting the -0.7% recoupment adjustment through his 'exceptions and adjustments' discretion, or in the alternative, his failure to address commenters' questions and requests concerning his use of his 'exceptions and adjustments' discretion. The plaintiff-hospitals stipulated to dismissal with prejudice of the surviving claims and have appealed to the D.C. Circuit Court the issue of whether judicial review of the Secretary's continuation of the ATRA reduction beyond FFY 2017 is barred.

22.      This action consolidates 72 separate PRRB group appeals challenging CMS's failure again in FFY 2019 to restore the 0.7% reduction to inpatient hospital payment rates at all Medicare-participating hospitals. Each of the Providers appealed the failure to restore the reduction, published in the FFY 2019 IPPS Final Rule, by filing timely and jurisdictionally valid appeals in accordance with 42 U.S.C. § 1395*oo*.  Most if not all of the Providers are also parties in actions pending in the D.C. District Court concerning the Secretary's same failure to restore the -0.7% reduction in the FFY 2018 IPPS Final Rule.

23.      On August 23, 2019, the PRRB issued a notice to Plaintiffs that it was considering granting expedited judicial review ("EJR") on its own motion because, although the PRRB had jurisdiction over their appeals, the PRRB lacked the authority to review the validity of the payment reduction at issue.

24.      In a September 25, 2019 letter, the PRRB granted EJR for Plaintiffs. A copy of this letter is attached as <u>Exhibit 1</u>.

25.      This action is timely-filed under 42 U.S.C. § 1395*oo*(f).

### <u>JURISDICTION AND VENUE</u>

26.      This Court has jurisdiction under 42 U.S.C. § 1395*oo*(f) (appeal of final Medicare program agency action), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1361 (mandamus).

27.     Venue lies in this judicial district under 42 U.S.C. § 1395*oo*(f)(1) and 28 U.S.C. § 1391.

**PARTIES**

28.     At all times relevant to this Complaint, the Providers were qualified as Medicare-participating providers of hospital services under the Medicare Act. Although some of the plaintiff hospitals have been known by various names over the years, the plaintiff hospitals can be identified definitively by their Medicare provider numbers. Additionally, the plaintiff hospitals' fiscal years sometimes are not the same as the FFY. One FFY may overlap with two hospital fiscal years. If so, then only a portion of the hospital's fiscal years fall within the FFY that is the subject of this lawsuit. For example, for a hospital's fiscal year that ends on December 31, the period of FFY 2019 from October 1, 2018 through December 31, 2018, would fall within the hospital's fiscal year 2018, and the period of FFY 2019 from January 1, 2019 through September 30, 2019, would fall within the hospital's fiscal year 2019. Depending on the date on which the hospital's fiscal year ends, IPPS payments for FFY 2019 could affect the Hospital's IPPS payments for 2018, 2019, and/or 2020.

29.     Defendant, Alex M. Azar II, is the Secretary of the Department of Health and Human Services, the federal department which encompasses CMS. The Secretary, the federal official responsible for administration of the Medicare Program, has delegated to CMS the responsibility to administer that program.

**THE MEDICARE PROGRAM AND THE IPPS FOR ACUTE CARE HOSPITALS**

**A.      General Medicare Background**

30.     The Medicare Act establishes a system of health insurance for the aged, disabled, and individuals with end-stage renal disease. 42 U.S.C. § 1395c. The Providers entered into written

agreements with the Secretary to receive payment from Medicare for hospital services provided to Medicare-eligible individuals as "providers of services" under the Medicare Act. 42 U.S.C. § 1395cc.

31.    The Medicare program is federally funded and is administered by the Secretary through CMS and its contractors. *See* 42 U.S.C. § 1395kk; Health, Education, and Welfare, Reorganization Order, 42 Fed. Reg. 13,262 (Mar. 9, 1977).

32.    The Medicare program consists of Part A, which covers inpatient hospital services and certain other institutional services; Part B, which covers physician services and certain outpatient services; Part C, which covers managed health care plans; and Part D, which provides prescription drug coverage. The ATRA recoupment adjustments relate to payments made under Part A.

33.    The Medicare program is implemented, in part, through the issuance of official CMS Rulings. 42 C.F.R. § 401.108. In addition to the substantive rules published by the Secretary in the Code of Federal Regulations and the CMS Rulings, CMS publishes other interpretive rules implementing the Medicare programs, which are compiled in one or more CMS Manuals. The Secretary issues other sub-regulatory documents to implement the Medicare IPPS, which generally do not have the force and effect of law. The Medicare Act requires that "[n]o rule, requirement, or other statement of policy . . . that establishes or changes a substantive legal standard governing the scope of benefits [or] the payment for services . . . [under Medicare] shall take effect unless it is promulgated by the Secretary by regulation[.]" 42 U.S.C. § 1395hh(a)(2). The Medicare Act therefore prohibits the application of any rule or policy that establishes or changes a substantive legal standard governing the payment for services, unless it is promulgated by the Secretary through notice-and-comment rulemaking.

**B.      IPPS Acute Care Hospital Reimbursement**

34.      Effective with cost reporting years beginning in FFY 1983, Congress enacted statutes requiring the Secretary to implement the IPPS to reimburse hospitals, including the Providers, for inpatient hospital operating costs. Under IPPS, hospitals are reimbursed for inpatient services to each Medicare patient discharged from the hospital according to prospectively determined, nationally applicable payment rates referred to as the "Standardized Amount." IPPS payment rates generally apply without regard to the actual cost of services rendered to any particular Medicare beneficiary patient.

35.      Under the initial implementation of IPPS, hospital inpatient services were reimbursed according to the classification of the Medicare beneficiary's condition into one of many diagnosis related groups ("DRGs"). 42 U.S.C. § 1395ww(d)(1)–(2).  In FFY 2008, CMS updated the DRG classification system, increasing the number of payment groups from 538 to 745. This updated DRG classification system is also known as the Medicare Severity ("MS-") DRG classification system.  Each DRG is assigned a relative weight reflecting the average relative resources required to treat cases in the DRG. To determine payment for a specific Medicare patient the "Standardized Amount" is multiplied by the DRG weight, which includes both labor- and nonlabor-related components that may be adjusted for geographic factors. Additional amounts may be added to or subtracted from this MS-DRG payment amount (*e.g.*, indirect medical education and disproportionate share hospital adjustments, high-cost outlier payments, new technology add-ons, value-based payment adjustments) to give the final IPPS payment amount.

36.      Under IPPS, Congress requires the Secretary to adjust the MS-DRG classifications and relative weights at least annually to account for changes in resource consumption. 42 U.S.C.

§ 1395ww(d)(4)(C)(i). These adjustments are made to reflect changes in treatment patterns, technology, and any other factors that may change the relative use of hospital resources.

## MS-DRG DOCUMENTATION AND CODING ADJUSTMENTS

37. CMS transitioned from the DRG classification system to the MS-DRG classification system in FFY 2008 to better account for patient acuity in Medicare payment rates for IPPS hospitals. Changes to the Hospital IPPS and Fiscal Year 2008 Rates, 72 Fed. Reg. 47,130 (Aug. 22, 2007) ("FFY 2008 IPPS Final Rule"). In doing so, CMS asserted that the adoption of the MS-DRG system had the potential to increase aggregate payments because more thorough "documentation and coding" by hospitals would result in the assignment of higher-weighted MS-DRGs without a corresponding increase in patients' actual severity of illness. The Medicare Act permits CMS to prospectively adjust IPPS base payment rates (standardized amounts) when it determines that a change to the DRG classification and weighting factors are likely to result in a change in aggregate IPPS payments due to changes in coding and classification instead of changes in the "case mix" of the patients served. 42 U.S.C. § 1395ww(d)(3)(A)(vi).

38. Purportedly using that authority, CMS adjusted the IPPS base payment rates (standardized amounts) to prospectively eliminate the aggregate increase in payments that might flow from any change in industry behavior for documentation and coding of patient diagnoses that did not reflect real changes in the severity of patients' illness.

A.    **Section 7 of the TMA (2007): Prospective Adjustments and Limited Recoupment Adjustments in FFYs 2010 through 2012**

39. A few months after CMS' adoption of the FFY 2008 IPPS Final Rule, Congress enacted the TMA, which required CMS to make prospective documentation and coding adjustments and limited recoupment adjustments for FFYs 2010 through 2012. TMA § 7. Prospective adjustments under section 7(b)(1)(A) do not recoup or repay overpayments or

underpayments; instead, they prospectively eliminate the effect of the MS-DRG coding and classification changes that do not reflect actual case mix changes. *Id.*; 42 U.S.C. § 1395ww(d)(3)(A)(vi) (permitting the Secretary to "adjust the average standardized amounts . . . for subsequent fiscal years so as to eliminate the effect of such coding or classification changes").

40.     In section 7(b)(1)(B) of the TMA, Congress also directed the Secretary to determine whether any additional adjustments are necessary to recoup or repay any increase or decrease in aggregate payments and to implement appropriate recoupment or repayment adjustments. In section 7(b)(2), Congress expressly prohibited CMS from making any of these recoupment or repayment adjustments permanent: "An adjustment made under paragraph (1)(B) for discharges occurring in a year <u>shall not be included in the determination of standardized amounts for discharges occurring in a subsequent year</u>." (emphasis added).

41.     In FFY 2013, CMS completed implementing the prospective adjustments required under section 7(b)(1)(A) to eliminate the effect of the MS-DRG changes. Hospital IPPS and Proposed Fiscal Year 2014 Rates, 78 Fed. Reg. 27,486, 27,503-04 (May 10, 2013) ("FFY 2014 IPPS Proposed Rule"). Separately, CMS also implemented *recoupment* adjustments under section 7(b)(1)(B). These recoupment adjustments were then to be reversed by a single positive adjustment in the following FFY in accordance with the requirement that adjustments "not be included in the determination of standardized amounts for discharges occurring in a subsequent year." TMA § 7(b)(2).

42.     In the TMA, Congress limited administrative or judicial review of certain aspects of the Secretary's implementation of the recoupment adjustments under section 7(b) stating: "There shall be no administrative or judicial review under [42 U.S.C. § 1395*oo*] or otherwise of any determination or adjustments made under this subsection." TMA § 7(b)(4).  Congress,

however, did not, and could not, strip this Court of its authority to review *ultra vires* agency action and to order the executive to follow the law. *See Marbury v. Madison*, 1 Cranch 137 (1803); *Bartlett v. Bowen*, 816 F.2d 695, 704-07 (D.C. Cir. 1987); *Aid Ass'n for Lutherans v. USPS*, 321 F.3d 1166, 1173 (D.C. Cir. 2003) ("[T]he case law in this circuit is clear that judicial review is available when an agency acts *ultra vires*.").

**B.     Section 7 of the TMA, as Amended by ATRA section 631 (2013): Additional Recoupment Adjustments in FFYs 2014 through 2017**

43.     Because CMS did not fully phase in the prospective adjustments under section 7(b)(1)(A) until FFY 2013, payments in FFY 2010 through FFY 2012 were overstated in CMS's view. *E.g.*, FFY 2014 IPPS, 78 Fed. Reg. at 27,504 ("delaying full implementation of the prospective portion of the adjustment . . . until FY 2013 resulted in payments in FY 2010 through FY 2012 being overstated."). The original TMA did not permit recovery of these overpayments because section 7(b)(1)(B) was limited to recoupments of overpayments made in FFY 2008 and FFY 2009.

44.     The passage of ATRA addressed the FFYs 2010 to 2012 overpayments by amending TMA section 7(b)(1)(B) to require that CMS make additional *recoupment* adjustments totaling approximately $11 billion by FFY 2017. TMA § 7(b)(1)(B)(ii), *amended by* ATRA § 631(b). Congress explicitly limited these ATRA recoupment adjustments to discharges "occurring only during fiscal years 2014, 2015, 2016, and 2017. . . ." *Id.* In addition, the ATRA recoupment adjustment provision is subject to the TMA's prohibition against recoupment adjustments continuing for discharges in subsequent years. TMA § 7(b)(2). A copy of section 7 of the TMA as amended by ATRA section 631(b) is attached hereto as <u>Exhibit 2</u>.

45.     In implementing section 631(b) of ATRA, the Secretary laid out a plan to impose an escalating recoupment adjustment for FFYs 2014, 2015, 2016, and 2017 based on actuarially

projected discharges in each year such that the adjustment to the standardized amount would equal negative 0.8% in FFY 2014 (the first ATRA adjustment year) and would escalate by negative 0.8% each year until the cumulative adjustment equaled negative 3.2% in FFY 2017 (the last ATRA adjustment year). FFY 2014 IPPS Proposed Rule, 78 Fed. Reg. at 27,504–05. The Secretary indicated his belief that this series of escalating adjustments would result in full recoupment of the $11 billion purportedly overpaid in FFYs 2010 through 2012. *Id.* In the FFY 2014 IPPS Final Rule, CMS adopted the negative 0.8% reduction for FFY 2014. Hospital IPPS and Fiscal Year 2014 Rates, 78 Fed. Reg. 50,496, 50,515–17 (Aug. 19, 2013) ("FFY 2014 IPPS Final Rule"). Likewise, in FFYs 2015 and 2016, CMS increased the ATRA adjustment by -0.8% to -1.6% and -2.4%, respectively. Hospital IPPS and Fiscal Year 2015 Rates, 79 Fed. Reg. 49,854, 49,873–74 (Aug. 22, 2014) ("FFY 2015 IPPS Final Rule"); Hospital IPPS and Fiscal Year 2016 Rates, 80 Fed. Reg. 49,236, 49,345 (Aug. 17, 2015) ("FFY 2016 IPPS Final Rule").

46.     In FFYs 2014, 2015, and 2016 IPPS rulemaking, CMS did not propose specific adjustments for FFY 2017, because "estimates of any future adjustments are subject to *slight* variations in total savings." FFY 2014 IPPS Final Rule, 78 Fed. Reg. at 50,515 (emphasis added). Nonetheless, in each rulemaking cycle, CMS reiterated its plan to implement an adjustment of "*approximately*" -0.8% in FFY 2017 for a total adjustment of -3.2%. *See*, *e.g.*, FFY 2016 IPPS Final Rule, 80 Fed. Reg. at 49,345 (emphasis added). At no point prior to the FFY 2017 rulemaking cycle did CMS suggest that the adjustment could be nearly double the estimated -0.8% adjustment or vary more than "slight[ly]" from projections.

47.     CMS also reaffirmed in each rulemaking cycle that "the adjustment required under section 631 of the ATRA is a one-time recoupment of a prior overpayment, not a permanent reduction to payment rates. Therefore, any adjustment made to reduce rates in one year would

eventually be offset by a positive adjustment, once the necessary amount of overpayment is recovered." *E.g.*, FFY 2015 IPPS Final Rule, 79 Fed. Reg. at 49,873; FFY 2014 IPPS Final Rule, 78 Fed. Reg. at 50,515; *see also* FFY 2016 IPPS Final Rule, 80 Fed. Reg. at 49,345. The Secretary, thus, acknowledged the clear requirement under section 7(b)(2) that any adjustment under section 7(b)(1)(B)—including the ATRA recoupment adjustments— "shall not be included in the determination of standardized amounts for discharges occurring in a subsequent year." Thus, as of early 2016, it was expected that CMS would adopt a final ATRA recoupment adjustment of -0.8% for FFY 2017 and that the ATRA recoupment adjustments of approximately -3.2% would be reversed by a correlating positive adjustment in FFY 2018.

## C.    Section 7 of the TMA, as Amended by MACRA Section 414 (2015): Delayed Restoration of ATRA Adjustments from FFYs 2018 through 2023

48.    On April 16, 2015, Congress further amended section 7(b) of the TMA with the passage of MACRA. A copy of section 7 of the TMA as amended by MACRA section 414 is attached hereto as Exhibit 3. To generate savings to pay for a significant change to the methodology used for physician payments under Medicare Part B, Congress instructed CMS to delay restoration of the estimated 3.2% ATRA recoupment adjustment in FFY 2018 by instead implementing a schedule of cumulative, restorative adjustments of 0.5% for each of the six years from FFYs 2018 through 2023. As amended by MACRA, section 7(b)(1)(B)(iii) requires the Secretary to:

> . . . make an additional adjustment to the standardized amounts under such section 1886(d) of an increase of 0.5 percentage points for discharges occurring during each of fiscal years 2018 through 2023 and not make the adjustment (*estimated to be an increase of 3.2 percent*) that would otherwise apply for discharges occurring during fiscal year 2018 by reason of the completion of the [ATRA recoupment] adjustments . . . .

TMA § 7(b)(1)(B) (emphasis added). Through the addition of the parenthetical "estimated to be an increase of 3.2 percent," Congress expressed its understanding that the total adjustment through

the end of FFY 2017 would approximate -3.2%, the restoration of which, over the delayed schedule

outlined in MACRA, would fund the Medicare Part B initiative.

49.     After MACRA's passage, CMS proposed and finalized a significantly higher

ATRA adjustment of -1.5% for FFY 2017, resulting in a total ATRA adjustment of -3.9%, as

opposed to the expected -3.2% expressly referenced by MACRA. *See* Hospital IPPS and Fiscal

Year 2017 Rates, 81 Fed. Reg. 56,762 (Aug. 22, 2016) ("FFY 2017 IPPS Final Rule").

**D.     Section 7 of the TMA, as Amended by 21st Century Cures Section 15005 (2016): Additional Delay of Restoration for 0.0412%**

50.     On December 13, 2016, Congress further amended TMA section 7(b) with the

enactment of 21st Century Cures.  A copy of TMA section 7 as amended by section 15005 of 21st

Century Cures is attached hereto as <u>Exhibit 4</u>. Section 15005 of 21st Century Cures reduces the

FFY 2018 positive adjustment to the standardized amount by 0.0412% (from 0.5% to 0.4588%),

leaving the 0.5% positive adjustments for FFYs 2019–2023 in place. Critically, however, Congress

did not amend the parenthetical language in section 7(b)(1)(B)(iii) estimating the Part B Medicare

physician payment funding to be based on a delay of ATRA adjustments of 3.2%. Instead of

capturing additional funding or savings attributable to the additional -0.7% ATRA recoupment

adjustment applied in FFY 2017 by amending this parenthetical language, Congress instead only

delayed restoration of a mere 0.0412% adjustment to the standardized amount, which the

Congressional Budget Office estimated would reduce direct spending for Medicare by

approximately $750 million. *See* Congressional Budget Office Cost Estimate Re HR 5273 at 3

(Jun. 3, 2016)[1]. Again, Congress also left intact the requirement that the "adjustment made under

[section 7(b)(1)(B)] for discharges occurring in a year . . . not be included in the determination of

---

[1] H.R. 5273 appears to be subsumed into 21st Century Cures with respect to this provision.

standardized amounts for discharges occurring in a subsequent year." *See* Exhibit 4, TMA § 7(b)(2), *as amended by* 21st Century Cures § 15005. Thus, nothing in 21st Century Cures suggests Congressional intent to recoup more than the 0.0412% (representing $750 million in reduced spending) explicitly addressed in the statute.

**E.     CMS' FFYs 2018 and 2019 IPPS Final Rules Implementing MACRA Section 414 and 21st Century Cures Section 15005**

51.     To summarize, prior to the FFY 2018 IPPS Proposed Rule, ATRA authorized CMS to recoup $11 billion in alleged overpayments in FFYs 2010–2012 via negative adjustments to the standardized IPPS reimbursement rate between FFYs 2014–2017 only.  After that $11 billion was recovered, CMS was not permitted to continue any recoupment adjustments under ATRA into FFY 2018 and beyond.  MACRA then staggered the implementation of the corresponding positive adjustment in FFY 2018, estimated by CMS at the time to be a +3.2% adjustment, in order to fund another program under MACRA. This delayed implementation was anticipated to save $15.1 billion in direct Medicare spending.  Finally, 21st Century Cures saved another roughly $750 million in direct Medicare spending by delaying an additional 0.0412% of the total positive adjustment, to fund additional objectives under that Act.  In short, there are three separate acts at issue that relate to specific objectives and budgets to accomplish those objectives.  Not one of those acts contemplates a permanent 0.7% adjustment to the standardized reimbursement rate, or even a continued -0.7% adjustment merely through FFY 2023, nor accounts for the corresponding substantial savings in direct Medicare spending by an amount Plaintiffs estimate to be $5 billion over the period from FFY 2018 to FFY 2023.

52.     In the FFY 2018 IPPS Proposed Rule, CMS proposed to implement only the positive 0.4588% adjustment to the standardized amount directed by Congress in 21st Century Cures, failing to restore the additional -0.7% ATRA reduction imposed for FFY 2017 that it was

not permitted to carry beyond FFY 2017. Hospital IPPS and Proposed Fiscal Year 2018 Rates, 82 Fed. Reg. 19,796 (Apr. 28, 2017) ("FFY 2018 IPPS Proposed Rule"). CMS also stated that it expected to propose 0.5% adjustments to the standardized amounts for each FFY from 2019 through 2023, thus making the 0.7% ATRA reduction permanent (an estimated budgetary savings of nearly $840 million per year, into perpetuity and adjusting for inflation). *Id.* at 19,816. Again, ATRA only authorized a total recoupment of $11 billion not to extend beyond FFY 2017.

53.     Commenters to the FFY 2018 IPPS Proposed Rule addressed the continued ATRA reduction by noting that, if CMS were to adopt only a positive 0.4588% adjustment for FFY 2018 and continue the 0.7% additional ATRA reduction, hospitals would be left with a larger permanent cut than Congress intended and implemented following the enactment of MACRA. FFY 2018 IPPS Final Rule, 82 Fed. Reg. at 38,009. Commenters asserted that CMS' proposal to apply a 0.4588% positive adjustment for FFY 2018 misinterprets the relevant statutory authority, and urged CMS to follow the direction of Congress by restoring an additional, positive 0.7% adjustment to the standardized amount in FFY 2018.

54.     Notwithstanding the comments to the FFY 2018 IPPS Proposed Rule, in the FFY 2018 IPPS Final Rule, CMS retained the 0.7% additional ATRA reduction in violation of section 7(b)(2) of the TMA. *See* 82 Fed. Reg. at 38,009. CMS erroneously concluded that "the directive regarding the applicable adjustment for FY 2018 is clear," and that it was required to finalize only a positive 0.4588% adjustment for FFY 2018, thus continuing the negative 0.7% ATRA reduction as a permanent reduction. *Id.* In doing so, CMS improperly ignored the clear and explicit prohibition against continuing adjustments into years after FFY 2017 under TMA section 7(b)(2). Therefore, CMS unlawfully failed to implement a 0.7% positive adjustment to bring the standardized rate to the Congressionally-contemplated baseline, before applying the positive

adjustments that Congress phased in over FFY 2018 to FFY 2023 for specific program funding purposes. For FFY 2018, the directed positive adjustment to the standardized amount was 0.4588%, and with the 0.7% positive adjustment required to offset those ATRA reductions that were not permitted to be phased in, a total 1.1588% adjustment was required by Congress.

55.     In the FFY 2019 IPPS Final Rule, CMS again refused to implement the 0.7% positive adjustment in order to offset that portion of the ATRA recoupment that Congress did not permit CMS to offset in phases, and instead applied only the 0.5% positive adjustment to the standardized amount directed for FFY 2019. *See* 83 Fed. Reg. at 41,157. CMS responded to comments critical of this approach by stating that "[w]e are not convinced that the adjustments prescribed by MACRA were predicated on a specific 'baseline' adjustment level. . . . We see no evidence that Congress enacted these adjustments with the intent that CMS would make an additional +0.7 percentage point adjustment in FY 2018 to compensate for the higher than expected final ATRA adjustment made in FY 2017." *Id.*

56.     In the recently published FFY 2020 IPPS Final Rule, CMS stated that it will not restore the -0.7% reduction in FFY 2020. 84 Fed. Reg. at 42,047.

## THE SECRETARY'S CONTINUATION OF THE 0.7% ATRA REDUCTION IS INCONSISTENT WITH THE STATUTE

57.     The Secretary's continuation of its final 0.7% ATRA adjustment into FFYs 2018 and 2019 (as well as FFY 2020) by applying only the positive adjustments specified in section 414 of MACRA, as amended by section 15005 of 21st Century Cures, is (a) in excess of statutory jurisdiction; (b) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (c) without observance of procedure as required by law; and (d) is otherwise defective both procedurally and substantively.

1.      **The Secretary's Continuation of the 0.7% ATRA Reduction into FFYs 2018 and 2019 is Contrary to the Plain Language of the TMA**

   a.   *The TMA, as amended, explicitly requires that adjustments in a particular year not apply to subsequent years.*

58.     Despite numerous amendments to section 7(b) of the TMA over the years, Congress never changed the requirement that each "adjustment made under [section 7(b)(1)(B)] for discharges occurring in a year . . . not be included in the determination of standardized amounts for discharges occurring in a subsequent year." That requirement remains undisturbed to this day.

59.     Acknowledging the section 7(b)(2) requirement, CMS has stated in its IPPS rulemakings over many years that "the adjustment required under section 631 of the ATRA is a one-time recoupment of a prior overpayment, not a permanent reduction to payment rates. Therefore, any adjustment made to reduce payment rates in one year would eventually be offset by a positive adjustment, once the necessary amount of overpayment is recovered."  FFY 2016 IPPS Final Rule, 80 Fed. Reg. at 49,345 (emphasis added); FFY 2016 IPPS Proposed Rule, 80 Fed. Reg. at 24,342; FFY 2015 IPPS Final Rule, 79 Fed. Reg. at 49,873; FFY 2015 IPPS Proposed Rule, 79 Fed. Reg. at 27,997 – 98; FFY 2014 IPPS Final Rule, 78 Fed. Reg. at 50,515; FFY 2014 IPPS Proposed Rule, 78 Fed. Reg. at 27,504.

60.     In light of section 7(b)(2) of the TMA, CMS' decision to only adjust the standardized amount by 0.4588% in FFY 2018 and by 0.5% in FFYs 2019 through 2023 in order to fund the Medicare physician payments under MACRA unlawfully continues a residual negative 0.7% ATRA recoupment adjustment to IPPS payment rates beginning in FFY 2018. Such a permanent negative reduction is contrary to the plain language of the TMA, which requires that recoupment adjustments not be included in the determination of standardized amounts for discharges occurring in a subsequent year. Ultimately, the Secretary is obligated to fully restore

the ATRA adjustment by (i) restoring the residual ATRA adjustment of 0.7% for FFY 2018 and (ii) applying the positive adjustments for FFY 2018 through FFY 2023 as specified in section 414 of MACRA as amended by section 15005 of 21st Century Cures. The Secretary failed to implement the required positive 0.7% offsetting adjustment in FFY 2018 and again in FFY 2019, the FFY at issue in this Complaint.

> **b.** ***Congress did not intend to, and did not, create a large, on-going negative adjustment to IPPS payments.***

61.     In the MACRA and the 21st Century Cures amendments to ATRA, Congress left intact the parenthetical language in section 414 of MACRA which references the 3.2% estimate of ATRA adjustments to be reversed incrementally in order to, *inter alia*, fund the Medicare physician payment reform.

62.     The MACRA and 21st Century Cures amendments to ATRA likewise leave in place TMA section 7(b)(2), which unequivocally bars CMS from continuing a recoupment adjustment into a subsequent year. Adjustments under TMA section 7(b)(1)(B) (*i.e.*, recoupment adjustments) "shall not be included in the determination of standardized amounts for discharges occurring in a subsequent year." TMA § 7(b)(2).

63.     All of the ATRA adjustments were recoupment adjustments authorized by section 7(b)(1)(B), including the unanticipated additional -0.7% adjustment applied in FFY 2017. As a recoupment adjustment, each ATRA adjustment *must be reversed* under section 7(b)(2) unless Congress explicitly authorizes CMS to delay restoration. In section 414 of MACRA, as amended by 21st Century Cures, Congress authorized CMS to stage out restoration of the estimated -3.2% total ATRA adjustment so that the savings therefrom could fund different Medicare objectives. Congress, however, was wholly silent concerning disposition of the residual 0.1588% of the estimated 3.2% ATRA adjustment that would still remain after implementing the final 0.5%

adjustment in FFY 2023, and Congress did not address the additional, unexpected -0.7%
adjustment CMS applied in FFY 2017—which brought the total ATRA recoupment adjustment to
3.9%. Congress neither authorized CMS to continue the additional recoupment adjustment of
-0.7% nor delay its restoration; moreover, Congress never explained any intended use for the
significant savings in Medicare direct spending that results from such a continuation or delay.  In
the absence of such express authorization, the -0.7% recoupment adjustment must be reversed
under section 7(b)(2).

64.     Congress' silence with regard to the negative 0.7% recoupment adjustment in FFY
2018 and beyond is particularly marked in light of its passage of 21st Century Cures in 2016.
Congress had the opportunity in 21st Century Cures to authorize CMS to continue all or a portion
of the additional -0.7% ATRA recoupment adjustment by, for example, changing the parenthetical
reference in section 7(b)(1)(B)(iii) of the TMA to allow staging of the full 3.9% recoupment
adjustment. Instead, Congress under 21st Century Cures only delayed restoration of a mere
0.0412% of the original -3.2% recoupment adjustment (producing budgetary savings of about $60
million in FFY 2018) and remained silent with regard to the additional 0.7% recoupment
adjustment (and the approximately $840 million in budgetary savings that will be achieved
annually beginning in FFY 2018 by delaying restoration of this adjustment).

> c.     *The Secretary's failure to restore the 0.7% ATRA reduction was not an exercise of agency discretion.*

65.     The Secretary based the decision to continue the additional ATRA reduction of
-0.7% on an erroneous interpretation of the applicable statutes and a belief that such interpretation
is compelled by Congress. Thus, the Secretary did not exercise his own judgment or discretion.
And, in fact, TMA section 7(b)(2) does not provide the Secretary with any discretionary authority
to continue a recoupment adjustment like the -0.7% adjustment into a subsequent year.

66.     Under the APA, the Secretary is prohibited from taking action and making findings and conclusions that are arbitrary and capricious, and actions are considered arbitrary and capricious when not explained, or when not rationally explained.  5 U.S.C. § 706(2)(A).  The Secretary, when he implements a provision of the Act, must sufficiently explain the reasons for the choices he makes in such implementation.

67.     The APA also prohibits the Secretary from implementing the Medicare Act by actions, findings, or conclusions that are found to be without observance of procedure required by law.  5 U.S.C. § 706(2)(D). The APA mandates that the agency provide notice and rulemaking and consider the relevant matters presented.  5 U.S.C. § 553.  The Medicare Act also prohibits the application of any rule or policy that establishes or changes a substantive legal standard governing the payment for services, unless the rule or policy is promulgated by the Secretary by regulation. 42 U.S.C. § 1395hh(a).

68.     Comments submitted in response to the FFY 2018 IPPS Proposed Rule requested that the Secretary exercise his discretionary "exceptions and adjustment" authority under 42 U.S.C. § 1395ww(d)(5)(I) to apply a positive adjustment of 0.7% in FFY 2018, in addition to the 0.4588% adjustment required under 21st Century Cures.  *See* FFY 2018 IPPS Final Rule, 82 Fed. Reg. at 38,009.  Notwithstanding these comments, the Final Rule did not even mention, let alone evaluate application of CMS' "exceptions and adjustment" authority.

69.     The FFY 2018 IPPS Final Rule failed to address commenters' requests regarding CMS' discretionary "exceptions and adjustment" authority and did not provide a rational explanation for either the failure to address the requests or the decision not to exercise discretion.

70.     Comments submitted in response to the FFY 2019 IPPS Proposed Rule similarly requested "that CMS reverse its previous position and implement additional 0.7 percentage point

adjustments for both FY 2018 and FY 2019. Some of the commenters requested that CMS use its statutory discretion to ensure that all 3.9 percentage points in negative adjustment be restored. In addition, some of the commenters, while acknowledging that CMS may be bound by law, expressed opposition to the permanent reductions and requested that CMS refrain from making any additional coding adjustments in the future."  83 Fed. Reg. 41,157.

71.     In response to these comments, CMS again failed to mention or evaluate its discretionary authority, despite the fact that at the time the FFY 2019 IPPS Final Rule was published (August 17, 2018) the *Fresno* case had been filed (April 13, 2018) challenging, *inter alia*, CMS's failure to respond to comments requesting the Secretary employ his discretionary authority in the FFY 2018 Final Rule.

72.     The Providers here challenge the Secretary's continuation of the -0.7% ATRA reduction in FFY 2019, and, therefore, his failure to abide by Congress' explicit direction that any recoupment adjustments not be carried over into subsequent years.

73.     This Court has jurisdiction under 28 U.S.C. § 1361 because Congress did not, and could not, strip this Court of its authority to review *ultra vires* agency action. Plaintiffs have no other adequate remedy, either judicial or administrative, to redress the Secretary's unlawful actions, and therefore require action by the Court in the instant case.

74.     This Court also has jurisdiction under 28 U.S.C. § 1331 because a finding by this Court that it lacks mandamus jurisdiction could foreclose the Providers' ability to obtain judicial review of the Secretary's actions that are in excess of his statutory authority and otherwise not in accordance with law.  When a plaintiff challenges administrative action—or inaction—by the Secretary for which jurisdiction is not provided under the Social Security Act, the Supreme Court has held that jurisdiction for such review is available under 28 U.S.C. § 1331 because of "the

strong presumption that Congress intends judicial review of administrative action." *Bowen v. Mich. Acad. of Family Physicians*, 476 U.S. 667, 670 (1986).

## CAUSES OF ACTION

### COUNT I:
### Violation of the APA, the Medicare Act, and Other Statutes

75.     Plaintiffs repeat and reallege paragraphs 1 – 74 as if set forth fully herein.

76.     The APA prohibits the Secretary from implementing the Medicare Act by actions, findings or conclusions that are in excess of statutory jurisdiction, authority, or limitations, or short of statutory right. 5 U.S.C. § 706(2)(C).  The multi-year, or possibly permanent, 0.7% ATRA reduction in inpatient hospital payment rates is unlawful and should be set aside. Section 7(b)(2) of the TMA, as amended, requires that any adjustment under section 7(b)(1)(B)—including the ATRA recoupment adjustments— "shall not be included in the determination of standardized amounts for discharges occurring in a subsequent year." CMS has no authority to delay restoration of the recoupment adjustments except as specifically directed by Congress in the TMA.

77.     Further, Congress only authorized CMS to stage restoration of an ATRA recoupment adjustment of approximately 3.2% in section 7(b)(1)(B)(iii). Despite amending the TMA in 2016 (after CMS had finalized the additional -0.7% ATRA adjustment), Congress did not amend the TMA to replace the reference to a 3.2% adjustment with a reference to a 3.9% adjustment or to otherwise authorize CMS to continue the additional 0.7% recoupment adjustment. Absent such statutory authorization for continuing the 0.7% payment reduction, CMS' action is unlawful.

78.     Thus, the Secretary's failure to restore the 0.7% ATRA reduction in FFYs 2018 and 2019 is inconsistent with the TMA, as amended, and thus "not in accordance with law."

## COUNT II:
## Violation of the APA, the Medicare Act, and Other Statutes

79.     Plaintiffs repeat and reallege paragraphs 1 – 78 as if set forth fully herein.

80.     Agency action is considered arbitrary and capricious when it is not adequately explained or rationally explained.  In the FFY 2019 IPPS Final Rule, just as with the FFY 2018 IPPS Final Rule, the Secretary failed to adequately explain the rationale (or provide any rationale whatsoever) for not applying his "exceptions and adjustment" discretion under 42 U.S.C. § 1395ww(d)(5)(I).   The Secretary's continuation of the 0.7% payment reduction without explanation for his failure to implement an offsetting positive discretionary adjustment is therefore arbitrary and capricious and violates the APA.

## COUNT III:
## Violation of the APA, the Medicare Act, and Other Statutes

81.     Plaintiffs repeat and reallege paragraphs 1 – 80 as if set forth fully herein.

82.     The APA prohibits the Secretary from implementing the Medicare Act through actions, findings or conclusions that are found to be without observance of procedure required by law. 5 U.S.C. § 706(2)(D).  The APA dictates rulemaking procedural requirements, specifically the requirement that the agency provide notice of proposed rulemaking, that the agency afford interested parties an opportunity to comment on the proposed rulemaking, and that the agency consider the relevant matters presented. 5 U.S.C. § 553.  The Medicare Act also prohibits the application of any rule or policy that establishes or changes a substantive legal standard governing the payment for service, unless it is promulgated by the Secretary by regulation.  42 U.S.C. § 1395hh(a).

83.     In the FFY 2019 IPPS Final Rule, the Secretary failed to address commenters' questions and requests regarding the exercise of his 'exceptions and adjustment' authority under

42 U.S.C. § 1395ww(d)(5)(I). 83 Fed. Reg. 41,157 (referring to CMS's "statutory discretion"); therefore it is apparent that the Secretary failed to consider the commenters' relevant questions and requests concerning FFY 2019 reductions to the IPPS base payment rate in violation of the APA.

## COUNT IV:
### Mandamus (28 U.S.C. § 1361)

84.     Plaintiffs repeat and reallege paragraphs 1 – 83 as if set forth fully herein.

85.     The Secretary has the non-discretionary duty to reimburse the Providers fully at the amounts to which they are entitled under the law. The Secretary's failure to restore the additional 0.7% ATRA reduction violates the APA and the TMA. Under the Court's authority pursuant to 28 U.S.C. § 1361, the Providers are entitled to issuance of a writ of mandamus, directing the Secretary to reverse the unlawful 0.7% payment reduction by applying a corresponding positive adjustment of 0.7% for FFYs 2018 and 2019.

## COUNT V:
### All Writs Act (28 U.S.C. § 1651)

86.     Plaintiffs repeat and reallege paragraphs 1 – 85 as if set forth fully herein.

87.     The Secretary has violated the APA in failing to restore the 0.7% ATRA reduction to hospital payment rates. The Providers are entitled to their full payment under IPPS, without the unauthorized permanent reduction.  Under the All Writs Act, 28 U.S.C. § 1651, and other authority, the Providers are entitled to issuance of an order requiring the Secretary to reverse the unlawful continuation of the 0.7% payment reduction and apply an offsetting positive adjustment of 0.7% for FFYs 2018 and 2019.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment as follows:

1.      For an Order:

      a.      Declaring that the Secretary's failure to restore the 0.7% ATRA reduction in the FFY 2019 IPPS Final Rule (or otherwise) is not in accordance with law, including within the meaning of 5 U.S.C. § 706(2)(A), (C) and (D);

      b.      Directing the Secretary to apply a positive adjustment of 0.7% applicable to FFYs 2018 and 2019 to offset the additional negative recoupment adjustment applied in FFY 2017 under section 631 of ATRA, *in addition to* the congressionally directed 0.5% rate adjustment mandated for FFY 2019 under section 414 of MACRA, as amended by section 15005 of 21st Century Cures; and make the payments due to the Providers, with interest determined in accordance with 42 U.S.C. § 1395*oo*(f)(2);

2.      For costs of suit incurred by Plaintiffs, including reasonable attorneys' fees; and

3.      For such other and further relief as the Court deems appropriate.

Dated this 19th day of November, 2019.

Respectfully Submitted,

/s/ Sara Jean MacCarthy
Daniel F. Miller, D.C. Bar No. WI0032
Sara Jean MacCarthy, D.C. Bar No. WI0037
Heather D. Mogden, D.C. Bar No. WI0039
HALL, RENDER, KILLIAN, HEATH &
LYMAN, P.C.
330 East Kilbourn Avenue, Suite 1250
Milwaukee, WI 53202

Telephone: (414) 721-0442
Facsimile: (414) 721-0491
Email: dmiller@hallrender.com
Email: smaccarthy@hallrender.com
Email: hmogden@hallrender.com

*Attorneys for Plaintiffs*